CO-386
New 10/8/86

# United States District Court
# For the District of Columbia

Electronic Privacy Information Center )
                Plaintiff )
)
      vs )    Civil Action No._____
Department of Justice )
                Defendant )
)
)

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for ____Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____N/A_____ which have any outstanding securities in the hands of the public:

___N/A_____

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

360418
BAR IDENTIFICATION NO.

David L. Sobel
Print Name

1718 Connecticut Ave. NW Suite 200
Address

Washington,   DC       20009
City            State        Zip Code

(202) 483-1140
Phone Number