# Exhibit 5

*Electronic Privacy Information Center v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction

▶ 🖨 **Print**

## Specter Says Senate to Probe Report U.S. Broke Law on Spying

Dec. 16 (Bloomberg) -- Senator Arlen Specter said the Judiciary Committee he chairs will investigate a report that President George W. Bush authorized spying on American citizens and foreign nationals in the U.S. following the Sept. 11, 2001, terrorist attacks.

``That's wrong, clearly and categorically wrong,'' Specter, a Pennsylvania Republican, said today on the Senate floor. ``This will be a matter for oversight by the Judiciary committee as soon as we can get to it in the new year -- a very, very high priority item.''

The New York Times reported that Bush in 2002 secretly authorized the National Security Agency to eavesdrop without the court-approved warrants that are required for domestic spying. The international phone calls and e-mail messages of hundreds, possibly thousands, of people have been monitored without warrants to find numbers linked to al-Qaeda, the paper said.

The paper said it interviewed nearly a dozen current and former administration officials about the program and granted them anonymity because the information was classified. The officials said the administration is confident that existing safeguards protect the privacy and civil liberties of Americans, the Times said.

Secretary of State Condoleezza Rice and White House spokesman Scott McClellan defended Bush against the report.

Rice, interviewed on NBC's ``Today'' show, said ``the president has been very clear that he would not order people to do things that are illegal.'' McClellan, speaking to reporters later, made a similar disclaimer. Both he and Rice declined to comment directly on the New York Times report.

Presidential Order

The presidential order Bush signed represents a change in responsibilities for the NSA, which traditionally monitors actions in foreign countries, the Times said.

The Bush administration briefed Congressional leaders about the program and notified the judge in charge of the Foreign Surveillance Intelligence Court, the secret court in Washington that handles national security issues, the paper said.

Senator Jay Rockefeller of West Virginia, the senior Democrat on the Intelligence Committee, raised concerns with the Bush administration about the program, the Times said. Rockefeller's spokeswoman, Wendy Morigi, declined to comment on the NSA program. The NSA didn't respond to requests for comment.

Other U.S. senators had mixed reactions to revelations about the NSA program. Ken Salazar, a Colorado Democrat, said, ``The allegations, if true, are deeply, deeply troubling. If we needed a wake-up call for adequate civil-liberties protections to be written into our law, this is the wake-up call.''

`Security First'

Trent Lott, a Mississippi Republican, said he only glanced Times article. ``If I were really concerned, I would have read it,'' he said.

Lott said some of his colleagues were overreacting to the potential for civil-liberties violations through this reported NSA program and the 2001 Patriot Act, which gives the FBI power to track terrorist suspects. The Patriot Act is up for renewal.

``I don't agree with the libertarians,'' Lott said. ``I want my security first. I'll deal with all the details after that.''

McClellan said Bush has a responsibility to adhere to the Constitution when making decisions on intelligence and has protected Americans' civil liberties. Activities such as those reported by the Times would be subject to congressional and judicial oversight, McClellan said.

``We've got to respect and uphold people's civil liberties and we do that, and the president has always kept that in mind in the aftermath of the Sept. 11 attacks,'' McClellan told reporters. ``We must do everything we can to prevent attacks from happening and save lives.''

Publication Delayed

The Times said it held off publishing its report for a year because the administration said that could jeopardize continuing investigations and alert would-be terrorists that they might be under scrutiny. Some information that administration officials said could be useful to terrorists was omitted, the paper said. McClellan declined to comment on whether the administration sought to have the story held.

Following a meeting at the White House this morning on national security, Senator John McCain said he ``wouldn't like it'' if he confirmed the report was accurate.

``We should be informed as to exactly what's going on and then find out whether an investigation is called for,'' McCain, an Arizona Republican, told reporters.

The American Civil Liberties Union urged Congress to investigate and said Attorney General Alberto Gonzales should appoint a special prosecutor to determine ``whether crimes have been committed,'' said Caroline Fredrickson, its legislative director.

``The administration is claiming extraordinary presidential powers at the expense of civil liberties and is putting the president above the law,'' Fredrickson said in a statement. Eavesdropping on conversations of Americans without a court order and without complying with the Foreign Intelligence Surveillance Act ``is both illegal and unconstitutional.''

```
To contact the reporter on this story:
William McQuillen in Washington at   bmcquille@bloomberg.net
```

Last Updated: December 16, 2005 12:12 EST

▶ 🖨 **Print**