# Exhibit 11

*Electronic Privacy Information Center v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction

**ELECTRONIC PRIVACY INFORMATION CENTER**

**epic.org**

December 16, 2005

1718 Connecticut Ave NW

Suite 200

Washington DC 20009

USA

+1 202 483 1140 [tel]

+1 202 483 1248 [fax]

www.epic.org

BY FACSIMILE – (202) 514-5331

Tasia Scolinos
Director, Office of Public Affairs
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001

RE:    <u>Request for Expedited Freedom of Information Act Processing</u>

Dear Ms. Scolinos:

This letter constitutes a request for expedited processing under the Department of Justice regulation 28 C.F.R. § 16.5(d)(1). It is directed to the Department of Justice Office of Public Affairs pursuant to 28 C.F.R. § 16.5(d)(2), and is submitted on behalf of the Electronic Privacy Information Center ("EPIC").

Today EPIC submitted nearly identical FOIA requests to the Office of the Attorney General, Office of Intelligence Policy and Review, Office of Legal Counsel, and Office of Legal Policy (one of which is attached here; all four requests are incorporated herein by reference). These letters request records related to a presidential order or directive authorizing the National Security Agency or any other component of the intelligence community to conduct domestic surveillance without the prior authorization of the Foreign Intelligence Surveillance Court.

We assert that these requests clearly meet the standard for expedited processing under applicable Department of Justice regulations because they involve a "matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." 28 C.F.R. § 16.5(d)(1)(iv). Furthermore, these requests pertain to a matter about which there is an "urgency to inform the public about an actual or alleged Federal government activity," and the request is made by "a person primarily engaged in disseminating information." 5 U.S.C. § 552(a)(6)(E)(v)(II). Please see our arguments in the attached letters.

As Department of Justice regulations provide, I will anticipate your determination on our expedited processing request within ten (10) calendar days. Should you have any questions about this request, please feel free to call me at 202-483-1140 ext. 112.

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge.

Sincerely,

*[signature]*

Marcia Hofmann
Director, Open Government Project

Enclosures