# Exhibit 12

*Electronic Privacy Information Center v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*　　　　　　　　　*Washington, D.C. 20530*

DEC 2 1 2005

Ms. Marcia Hofmann
Electronic Privacy Information Center
1718 Connecticut Avenue, NW　　　　　Re:　　AG/06-R0238
Suite 200　　　　　　　　　　　　　　　　　　　　OLP/06-R0237
Washington, DC 20009　　　　　　　　　　　　TSW:MLF:APM

Dear Ms. Hofmann:

　　This is to acknowledge receipt of your letters dated December 16, 2005, which were received in this Office on December 21, 2005, in which you requested records dated from September 11, 2001, to the present relating to a presidential order or directive authorizing the National Security Agency, or another intelligence agency, to conduct domestic surveillance without prior approval of the Foreign Intelligence Surveillance Court. This response is being made on behalf of the Offices of the Attorney General and Legal Policy.

　　You have requested expedited processing of your request pursuant to the Department's standard permitting expedition for requests involving "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information." 28 C.F.R. § 16.5(d)(1)(ii) (2005). Based on the information you have provided, I have determined that your request for expedited processing under this standard should be granted. Accordingly, your request has been assigned to a FOIA Specialist in this Office.

　　Because the records you seek require a search in other Offices, our staff has not yet been able to complete a search to determine whether there are records within the scope of your request. Accordingly, we will be unable to comply with the twenty-working-day time limit in this case, as well as the ten additional days provided by the statute. In an effort to speed up our records search, you may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

　　We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether fees will be assessed for this request. As a "representative of the news media," you will not be charged search fees.

-2-

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Amy McNulty, the analyst processing your request, by telephone at the above number or you may write to her at the above address.

Sincerely,

Tricia S. Wellman
Senior Counsel
Initial Request Staff