# Exhibit 13

*Electronic Privacy Information Center v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction



U.S. Department of Justice

Office of Intelligence Policy and Review

---

Washington, D.C. 20530

JAN   6 2006

Marcia Hofmann, Director
Open Government Project
EPIC, Suite 200
1718 Connecticut Avenue, NE
Washington DC 20009

Re: FOIA/PA # 06-08

Dear Ms. Hofmann:

    This is to acknowledge receipt of your letter dated December 15, 2005, requesting access to "agency records from September 11, 2001 to the present concerning a presidential order or directive authorizing the National Security Agency, or any other component of the intelligence community, to conduct domestic surveillance without the prior authorization of the Foreign Intelligence Surveillance Court." You also requested expedited processing of your Freedom of Information Act request, and the Office of Public Affairs granted your request for expedited treatment. Accordingly, your request will be reviewed ahead of others routinely processed on a first-in, first-out basis.

    If you have any questions concerning your request, feel free to contact me on (202) 616-5460.

Sincerely,

GayLa D. Sessoms
FOIA Coordinator