# Exhibit 14

*Electronic Privacy Information Center v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction



**SEARCH**

## FREEDOM of INFORMATION ACT

GENERAL INFORMATION

MAKING A FOIA REQUEST

READING ROOMS

REFERENCE GUIDE

DEPARTMENT COMPONENTS

PRINCIPAL FOIA CONTACTS AT FEDERAL AGENCIES

OTHER FEDERAL AGENCIES' FOIA WEB SITES

ANNUAL FOIA REPORTS

FOIA REFERENCE MATERIALS

DOJ HOME

## Department Components

**If you do not know which Justice Department component has the records you seek, the Justice Management Division will forward your request to the component(s) most likely to have responsive records.**

> Patricia D. Harris, Management Analyst
> FOIA/PA Mail Referral Unit
> Department of Justice
> Room 1070, National Place Building
> Washington, DC 20530-0001
> (202) 305-3187

**If you do know which Justice Department component has the records you seek, you should send your request directly to the component that maintains those records.**

Office of the Attorney General -- Requests for Attorney General records should be addressed to:

> Melanie Ann Pustay, Deputy Director
> Office of Information and Privacy
> Department of Justice
> Suite 570, Flag Building
> Washington, DC 20530-0001
> (202) 514-FOIA

Office of the Deputy Attorney General -- Requests for Deputy Attorney General records should be addressed to:

> Melanie Ann Pustay, Deputy Director
> Office of Information and Privacy
> Department of Justice
> Suite 570, Flag Building
> Washington, DC 20530-0001
> (202) 514-FOIA

Office of the Associate Attorney General -- Requests for Associate Attorney General records should be addressed to:

> Melanie Ann Pustay, Deputy Director
> Office of Information and Privacy
> Department of Justice
> Suite 570, Flag Building
> Washington, DC 20530-0001
> (202) 514-FOIA

Antitrust Division -- Requests for Antitrust Division records should be addressed to:

> Ann Lea Richards, FOIA/PA Officer
> Antitrust Division
> Department of Justice
> Suite 200, Liberty Place Building
> Washington, DC 20530-0001
> (202) 514-2692

Bureau of Alcohol, Tobacco, Firearms, and Explosives -- Requests for Bureau of Alcohol, Tobacco, Firearms, and Explosives records should be addressed to:

> Averill P. Graham
> Acting FOIA/PA Officer
> Chief, Disclosure Division
> Bureau of Alcohol, Tobacco, Firearms, and Explosives
> Department of Justice

Washington, DC 20226
(202) 927-8480

Civil Division -- Requests for Civil Division records should be addressed to:

    James M. Kovakas
    Freedom of Information/Privacy Act Officer
    Civil Division
    Department of Justice
    Room 7304, 20 Massachusetts Avenue, N.W.
    Washington, DC 20530-0001
    (202) 514-3319

Civil Rights Division -- Requests for Civil Rights Division records should be addressed to:

    Nelson Hermilla, Chief
    FOIA/PA Branch
    Civil Rights Division
    Department of Justice
    Room 311, NALC Building
    Washington, DC 20530
    (202) 514-4209

Community Relations Service -- Requests for Community Relations Service records should be addressed to:

    George Henderson
    FOIA/PA Coordinator
    Community Relations Service
    Department of Justice
    Suite 2000, 600 E Street, N.W.
    Washington, DC 20530-0001
    (202) 305-2935

Criminal Division -- Requests for Criminal Division records should be addressed to:

    Thomas J. McIntyre, Chief
    FOIA/PA Unit
    Criminal Division
    Department of Justice
    Suite 1127, Keeney Building
    Washington, DC 20530-0001
    (202) 616-0307

Drug Enforcement Administration -- Requests for Drug Enforcement Administration records should be addressed to:

    Katherine L. Myrick, Chief
    Freedom of Information Operations Unit
    Drug Enforcement Administration
    Department of Justice
    700 Army Navy Drive
    Arlington, VA 22202
    (202) 307-7596

Environment and Natural Resources Division -- Requests for Environment and Natural Resources Division records should be addressed to:

    Nadia Rhazi, Paralegal Specialist
    Law and Policy Section
    Environment and Natural Resources Division
    Department of Justice
    P.O. Box 4390, Ben Franklin Station
    Washington, DC 20044-4390
    (202) 514-1442

Executive Office for Immigration Review -- Requests for Executive Office for Immigration Review records should be addressed to:

    Cecelia M. Espenoza
    Senior Associate General Counsel
    Office of the General Counsel
    Executive Office for Immigration Review

Department of Justice
Suite 2600, 5107 Leesburg Pike
Falls Church, VA 22041
(703) 605-1297

Executive Office for United States Attorneys -- Requests for Executive Office of United States Attorneys records should be addressed to:

Marie A. O'Rourke, Assistant Director
FOIA/Privacy Unit
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, DC 20530-0001
(202) 616-6757

Executive Office for United States Trustees -- Requests for United States Trustees records should be addressed to:

Sue Ann Slates
FOIA/PA Counsel
Office of the General Counsel
Department of Justice
Executive Office for United States Trustees
Suite 8100, 20 Massachusetts Avenue, N.W.
Washington, DC 20530-0001
(202) 307-1399

Federal Bureau of Investigation -- Requests for Federal Bureau of Investigation records should be addressed to:

David M. Hardy, Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001
(202) 324-5520

Federal Bureau of Prisons -- Requests for Federal Bureau of Prisons records should be addressed to:

Wanda M. Hunt, Chief, FOIA Section
FOIA/Privacy Act Requests
Federal Bureau of Prisons
Department of Justice
Room 841, HOLC Building
Washington, DC 20534
(202) 514-6655

Foreign Claims Settlement Commission -- Requests for Foreign Claims Settlement Commission records should be addressed to:

David Bradley, Chief Counsel
Foreign Claims Settlement Commission
Department of Justice
Room 6002, 600 E Street, N.W.
Washington, DC 20530-0001
(202) 616-6975

Immigration and Naturalization Service
(INS was transferred to the Department of Homeland Security on March 1, 2003.)

INTERPOL-United States National Central Bureau -- Requests for INTERPOL-United States National Central Bureau records should be addressed to:

Dorothy Beaty
FOIA/PA Specialist
INTERPOL-United States National Central Bureau
Department of Justice
Washington, DC 20530-0001

<u>Justice Management Division</u> -- Requests for Justice Management Division records should be addressed to:

Phyllis S. Jones
FOIA Contact
Justice Management Division
Department of Justice
Room 1111 RFK, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(202) 514-3101

<u>National Drug Intelligence Center</u> -- Requests for National Drug Intelligence Center records should be addressed to:

FOIA Coordinator
National Drug Intelligence Center
Department of Justice
319 Washington Street
Johnstown, PA 15901-1622
(814) 532-4601

<u>Office of Community Oriented Policing Services</u> -- Requests for the Office of Community Oriented Policing Services records should be addressed to:

Gary L. Baude, FOIA Officer
Legal Division
Office of Community Oriented Policing Services
Department of Justice
12th Floor, 1100 Vermont Avenue, N.W.
Washington, DC 20530-0001
(202) 353-9864

<u>Office of Dispute Resolution</u> -- Requests for Office of Dispute Resolution records should be addressed to:

Senior Counsel
Office of Dispute Resolution
Department of Justice
Room 5240, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(202) 616-9471

<u>Office of the Federal Detention Trustee</u> -- Requests for Office of the Federal Detention Trustee records should be addressed to:

Kathy Day , Chief Counsel
Office of the Federal Detention Trustee
Department of Justice
1331 Pennsylvania Avenue, Suite 1210
Washington, DC 20530
(202) 353-4601

<u>Office of Information and Privacy</u> -- Requests for Office of Information and Privacy records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

<u>Office of the Inspector General</u> -- Requests for Office of the Inspector General records should be addressed to:

Deborah Waller, Paralegal Specialist
Office of the Inspector General
Department of Justice
Room 6100, NY Avenue Building
Washington, DC 20530-0001
(202) 616-0646

Office of Intelligence Policy and Review -- Requests for Office of Intelligence Policy and Review records should be addressed to:

GayLa D. Sessoms, FOIA Coordinator
Office of Intelligence Policy and Review
Department of Justice
Room 6150, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(202) 514-5600

Office of Intergovernmental and Public Liaison -- Requests for Office of Intergovernmental and Public Liaison records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of Justice Programs -- Requests for Office of Justice Programs records should be addressed to:

Dorothy Lee, Legal Technician
Office of Justice Programs
Department of Justice
Room 5400, 810 7th Street, N.W.
Washington, DC 20531
(202) 307-0790

Office of Legal Counsel -- Requests for Office of Legal Counsel records should be addressed to:

Elizabeth Farris, Supervisory Paralegal
Office of Legal Counsel
Department of Justice
Room 5515, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(202) 514-2038

Office of Legal Policy -- Requests for Office of Legal Policy records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of Legislative Affairs -- Requests for Office of Legislative Affairs records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of the Pardon Attorney -- Requests for Office of the Pardon Attorney records should be addressed to:

Samuel T. Morison, Attorney-Advisor
Office of the Pardon Attorney
Department of Justice
4th Floor, 500 First Street, N.W.
Washington, DC 20530-0001
(202) 616-6070

Office of Professional Responsibility -- Requests for Office of Professional Responsibility records should be addressed to:

Marlene M. Wahowiak, Assistant Counsel
Office of Professional Responsibility
Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 3529
Washington, D.C. 20530
(202) 514-3365

Office of Public Affairs -- Requests for Office of Public Affairs records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of the Solicitor General -- Requests for Office of the Solicitor General records should be addressed to:

Kaletus L. McCain
Office of the Solicitor General
Department of Justice
Room 6640, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(202) 514-2203

Professional Responsibility Advisory Office -- Requests for Professional Responsibility Advisory Office records should be addressed to:

Jean Spells
FOIA Officer
Professional Responsibility Advisory Office
Department of Justice
Suite 600, 1325 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 514-0458

Tax Division -- Requests for Tax Division records should be addressed to:

J. Brian Ferrel
Senior Division Counsel for FOIA and PA Matters
Tax Division
CTS-Eastern Region
Department of Justice
Ben Franklin Station
Post Office Box 227
Washington, DC 20044
(202) 307-0462

United States Marshals Service -- Requests for United States Marshals Service records should be addressed to:

Edward Bordley, Associate General Counsel
Office of General Counsel
United States Marshals Service
Department of Justice
CS-3, 12th Floor
Washington, D.C. 20530-1000
(202) 307-9054

United States Parole Commission -- Requests for United States Parole Commission records should be addressed to:

Pam Posch, FOIA Officer
United States Parole Commission
Department of Justice
Suite 420, 5550 Friendship Boulevard
Chevy Chase, Maryland 20815
(301) 492-5959