# Exhibit 14

*Electronic Privacy Information Center v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction



SEARCH

FREEDOM of INFORMATION ACT

GENERAL INFORMATION
MAKING A FOIA REQUEST
READING ROOMS
REFERENCE GUIDE
DEPARTMENT COMPONENTS
PRINCIPAL FOIA CONTACTS AT FEDERAL AGENCIES
OTHER FEDERAL AGENCIES' FOIA WEB SITES
ANNUAL FOIA REPORTS
FOIA REFERENCE MATERIALS
DOJ HOME

## Department Components

**If you do not know which Justice Department component has the records you seek, the Justice Management Division will forward your request to the component(s) most likely to have responsive records.**

Patricia D. Harris, Management Analyst
FOIA/PA Mail Referral Unit
Department of Justice
Room 1070, National Place Building
Washington, DC 20530-0001
(202) 305-3187

**If you do know which Justice Department component has the records you seek, you should send your request directly to the component that maintains those records.**

Office of the Attorney General -- Requests for Attorney General records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of the Deputy Attorney General -- Requests for Deputy Attorney General records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of the Associate Attorney General -- Requests for Associate Attorney General records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

---

Antitrust Division -- Requests for Antitrust Division records should be addressed to:

Ann Lea Richards, FOIA/PA Officer
Antitrust Division
Department of Justice
Suite 200, Liberty Place Building
Washington, DC 20530-0001
(202) 514-2692

Bureau of Alcohol, Tobacco, Firearms, and Explosives -- Requests for Bureau of Alcohol, Tobacco, Firearms, and Explosives records should be addressed to:

Averill P. Graham
Acting FOIA/PA Officer
Chief, Disclosure Division
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Department of Justice

Washington, DC 20226
(202) 927-8480

Civil Division -- Requests for Civil Division records should be addressed to:

James M. Kovakas
Freedom of Information/Privacy Act Officer
Civil Division
Department of Justice
Room 7304, 20 Massachusetts Avenue, N.W.
Washington, DC 20530-0001
(202) 514-3319

Civil Rights Division -- Requests for Civil Rights Division records should be addressed to:

Nelson Hermilla, Chief
FOIA/PA Branch
Civil Rights Division
Department of Justice
Room 311, NALC Building
Washington, DC 20530
(202) 514-4209

Community Relations Service -- Requests for Community Relations Service records should be addressed to:

George Henderson
FOIA/PA Coordinator
Community Relations Service
Department of Justice
Suite 2000, 600 E Street, N.W.
Washington, DC 20530-0001
(202) 305-2935

Criminal Division -- Requests for Criminal Division records should be addressed to:

Thomas J. McIntyre, Chief
FOIA/PA Unit
Criminal Division
Department of Justice
Suite 1127, Keeney Building
Washington, DC 20530-0001
(202) 616-0307

Drug Enforcement Administration -- Requests for Drug Enforcement Administration records should be addressed to:

Katherine L. Myrick, Chief
Freedom of Information Operations Unit
Drug Enforcement Administration
Department of Justice
700 Army Navy Drive
Arlington, VA 22202
(202) 307-7596

Environment and Natural Resources Division -- Requests for Environment and Natural Resources Division records should be addressed to:

Nadia Rhazi, Paralegal Specialist
Law and Policy Section
Environment and Natural Resources Division
Department of Justice
P.O. Box 4390, Ben Franklin Station
Washington, DC 20044-4390
(202) 514-1442

Executive Office for Immigration Review -- Requests for Executive Office for Immigration Review records should be addressed to:

Cecelia M. Espenoza
Senior Associate General Counsel
Office of the General Counsel
Executive Office for Immigration Review

    Department of Justice
    Suite 2600, 5107 Leesburg Pike
    Falls Church, VA 22041
    (703) 605-1297

Executive Office for United States Attorneys -- Requests for Executive Office of United States Attorneys records should be addressed to:

    Marie A. O'Rourke, Assistant Director
    FOIA/Privacy Unit
    Executive Office for United States Attorneys
    Department of Justice
    Room 7300, 600 E Street, N.W.
    Washington, DC 20530-0001
    (202) 616-6757

Executive Office for United States Trustees -- Requests for United States Trustees records should be addressed to:

    Sue Ann Slates
    FOIA/PA Counsel
    Office of the General Counsel
    Department of Justice
    Executive Office for United States Trustees
    Suite 8100, 20 Massachusetts Avenue, N.W.
    Washington, DC 20530-0001
    (202) 307-1399

Federal Bureau of Investigation -- Requests for Federal Bureau of Investigation records should be addressed to:

    David M. Hardy, Chief
    Record/Information Dissemination Section
    Records Management Division
    Federal Bureau of Investigation
    Department of Justice
    935 Pennsylvania Avenue, N.W.
    Washington, DC 20535-0001
    (202) 324-5520

Federal Bureau of Prisons -- Requests for Federal Bureau of Prisons records should be addressed to:

    Wanda M. Hunt, Chief, FOIA Section
    FOIA/Privacy Act Requests
    Federal Bureau of Prisons
    Department of Justice
    Room 841, HOLC Building
    Washington, DC 20534
    (202) 514-6655

Foreign Claims Settlement Commission -- Requests for Foreign Claims Settlement Commission records should be addressed to:

    David Bradley, Chief Counsel
    Foreign Claims Settlement Commission
    Department of Justice
    Room 6002, 600 E Street, N.W.
    Washington, DC 20530-0001
    (202) 616-6975

Immigration and Naturalization Service
*(INS was transferred to the Department of Homeland Security on March 1, 2003.)*

INTERPOL-United States National Central Bureau -- Requests for INTERPOL-United States National Central Bureau records should be addressed to:

    Dorothy Beaty
    FOIA/PA Specialist
    INTERPOL-United States National Central Bureau
    Department of Justice
    Washington, DC 20530-0001

(202) 616-9000

Justice Management Division -- Requests for Justice Management Division records should be addressed to:

Phyllis S. Jones
FOIA Contact
Justice Management Division
Department of Justice
Room 1111 RFK, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(202) 514-3101

National Drug Intelligence Center -- Requests for National Drug Intelligence Center records should be addressed to:

FOIA Coordinator
National Drug Intelligence Center
Department of Justice
319 Washington Street
Johnstown, PA 15901-1622
(814) 532-4601

Office of Community Oriented Policing Services -- Requests for the Office of Community Oriented Policing Services records should be addressed to:

Gary L. Baude, FOIA Officer
Legal Division
Office of Community Oriented Policing Services
Department of Justice
12th Floor, 1100 Vermont Avenue, N.W.
Washington, DC 20530-0001
(202) 353-9864

Office of Dispute Resolution -- Requests for Office of Dispute Resolution records should be addressed to:

Senior Counsel
Office of Dispute Resolution
Department of Justice
Room 5240, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(202) 616-9471

Office of the Federal Detention Trustee -- Requests for Office of the Federal Detention Trustee records should be addressed to:

Kathy Day , Chief Counsel
Office of the Federal Detention Trustee
Department of Justice
1331 Pennsylvania Avenue, Suite 1210
Washington, DC 20530
(202) 353-4601

Office of Information and Privacy -- Requests for Office of Information and Privacy records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of the Inspector General -- Requests for Office of the Inspector General records should be addressed to:

Deborah Waller, Paralegal Specialist
Office of the Inspector General
Department of Justice
Room 6100, NY Avenue Building
Washington, DC 20530-0001
(202) 616-0646

Office of Intelligence Policy and Review -- Requests for Office of Intelligence Policy and Review records should be addressed to:

GayLa D. Sessoms, FOIA Coordinator
Office of Intelligence Policy and Review
Department of Justice
Room 6150, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(202) 514-5600

Office of Intergovernmental and Public Liaison -- Requests for Office of Intergovernmental and Public Liaison records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of Justice Programs -- Requests for Office of Justice Programs records should be addressed to:

Dorothy Lee, Legal Technician
Office of Justice Programs
Department of Justice
Room 5400, 810 7th Street, N.W.
Washington, DC 20531
(202) 307-0790

Office of Legal Counsel -- Requests for Office of Legal Counsel records should be addressed to:

Elizabeth Farris, Supervisory Paralegal
Office of Legal Counsel
Department of Justice
Room 5515, 950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(202) 514-2038

Office of Legal Policy -- Requests for Office of Legal Policy records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of Legislative Affairs -- Requests for Office of Legislative Affairs records should be addressed to:

Melanie Ann Pustay, Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001
(202) 514-FOIA

Office of the Pardon Attorney -- Requests for Office of the Pardon Attorney records should be addressed to:

Samuel T. Morison, Attorney-Advisor
Office of the Pardon Attorney
Department of Justice
4th Floor, 500 First Street, N.W.
Washington, DC 20530-0001
(202) 616-6070

Office of Professional Responsibility -- Requests for Office of Professional Responsibility records should be addressed to:

    Marlene M. Wahowiak, Assistant Counsel
    Office of Professional Responsibility
    Department of Justice
    950 Pennsylvania Avenue, N.W.
    Suite 3529
    Washington, D.C. 20530
    (202) 514-3365

Office of Public Affairs -- Requests for Office of Public Affairs records should be addressed to:

    Melanie Ann Pustay, Deputy Director
    Office of Information and Privacy
    Department of Justice
    Suite 570, Flag Building
    Washington, DC 20530-0001
    (202) 514-FOIA

Office of the Solicitor General -- Requests for Office of the Solicitor General records should be addressed to:

    Kaletus L. McCain
    Office of the Solicitor General
    Department of Justice
    Room 6640, 950 Pennsylvania Avenue, N.W.
    Washington, DC 20530-0001
    (202) 514-2203

Professional Responsibility Advisory Office -- Requests for Professional Responsibility Advisory Office records should be addressed to:

    Jean Spells
    FOIA Officer
    Professional Responsibility Advisory Office
    Department of Justice
    Suite 600, 1325 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530
    (202) 514-0458

Tax Division -- Requests for Tax Division records should be addressed to:

    J. Brian Ferrel
    Senior Division Counsel for FOIA and PA Matters
    Tax Division
    CTS-Eastern Region
    Department of Justice
    Ben Franklin Station
    Post Office Box 227
    Washington, DC 20044
    (202) 307-0462

United States Marshals Service -- Requests for United States Marshals Service records should be addressed to:

    Edward Bordley, Associate General Counsel
    Office of General Counsel
    United States Marshals Service
    Department of Justice
    CS-3, 12th Floor
    Washington, D.C. 20530-1000
    (202) 307-9054

United States Parole Commission -- Requests for United States Parole Commission records should be addressed to:

    Pam Posch, FOIA Officer
    United States Parole Commission
    Department of Justice
    Suite 420, 5550 Friendship Boulevard
    Chevy Chase, Maryland 20815
    (301) 492-5959

Contact Us   |   Accessibility   |   FOIA   |   Archive   |   For DOJ Employees   |   Site Map   |   Privacy Policy
No FEAR Act   |   FirstGov   |   Medicare.gov