# Exhibit 18

*Electronic Privacy Information Center v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction

# VII. COMPLIANCE WITH TIME LIMITS/STATUS OF PENDING REQUESTS.

## A. MEDIAN PROCESSING TIME FOR REQUESTS PROCESSED DURING THE YEAR

|  | Simple Requests | | Complex Requests | | Requests Accorded Expedited Processing | |
|---|---|---|---|---|---|---|
|  | Number of Requests Processed | Median Number Of Days To Process | Number of Requests Processed | Median Number Of Days To Process | Number of Requests Processed | Median Number Of Days To Process |
| Office of the AG | 401 | 17 | 23 | 480 | 2 | 135 |
| Office of the DAG | 246 | 17 | 15 | 291 | 0 | 0 |
| Office of the ASSOC. AG | 52 | 44 | 4 | 344 | 1 | 47 |
| ATF | 2,437 | 7 | 0 | N/A | 0 | N/A |
| Antitrust | 145 | 18 | 13 | 412 | 1 | 18 |
| BOP | 15,047 | 15 | 684 | 28 | 13 | 1 |
| Civil | 859 | 9 | 0 | N/A | 0 | N/A |
| Civil Rights | 473 | 8 | 60 | 283 | 0 | N/A |
| CRS | 8 | 10 | 0 | N/A | 0 | N/A |
| Criminal | 0 | N/A | 1,414 | 16 | 2 | 31 |
| DEA | 0 | N/A | 1,933 | 12 | 0 | N/A |
| ENRD | 0 | N/A | 177 | 40 | 0 | N/A |
| EOIR | 7,811 | 29 | 681 | 89 | 65 | 26 |
| EOUSA | 4,848 | 46 | 0 | N/A | 73 | 195 |
| EOUST | 0 | N/A | 61 | 6 | 0 | N/A |
| FBI | 10,253 | 6 | 394*; 54* | 410*; 636* | 35 | 41 |
| FCSC | 17 | 5 | 0 | N/A | 0 | N/A |
| JMD | 3,128 | 8 | 31 | 35 | 0 | N/A |
| NDIC | 80 | 22 | 3 | 30 | 0 | N/A |
| COPS | 101 | 14 | 0 | N/A | 2 | 6 |
| ODR | 8 | 5 | 0 | N/A | 0 | N/A |
| OFDT | 27 | 7 | 2 | 105 | 0 | N/A |
| OIP | 434 | 12 | 1 | 397 | 0 | N/A |
| OIG | 241 | 10 | 0 | N/A | 0 | N/A |
| OIPR | 28 | 8 | 6 | 27 | 0 | N/A |
| OIPL | 15 | 41 | 0 | N/A | 0 | N/A |
| OJP | 496 | 1 | 59 | 25 | 0 | N/A |
| OLC | 55 | 10 | 9 | 30 | 0 | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| OLP | 47 | 37 | 2 | 188 | 0 | N/A |
| OLA | 58 | 84 | 6 | 386 | 0 | N/A |
| Pardon Attorney | 40 | 29 | 3 | 100 | 0 | N/A |
| OPR | 129 | 19 | 7 | 389 | 0 | N/A |
| Public Affairs | 20 | 137 | 3 | 226 | 0 | N/A |
| OSG | 73 | 60 | 0 | N/A | 2 | 8 |
| PRAO | 13 | 3 | 0 | N/A | 0 | N/A |
| TAX | 226 | 0 | 27 | 15 | 0 | N/A |
| USMS | 1,531 | 21 | 16 | 130 | 0 | N/A |
| USNCB | 271 | 5 | 10 | 24 | 2 | 3 |
| USPC | 0 | N/A | 1,351 | 20 | 0 | N/A |
| | | | | | | |
| TOTALS | 49,618 | N/A | 7,049 | N/A | 198 | N/A |

\* In addition to the expedited track, the FBI maintains three tracks for requests: small (0-500 pages), medium (501-2,500 pages), and large (more than 2,500 pages). The former is reported in the "simple requests" category; the latter two are reported as "complex requests."

## B. STATUS OF PENDING REQUESTS

| | NUMBER OF REQUESTS PENDINGS AS OF END OF FISCAL YEAR | MEDIAN NUMBER OF DAYS PENDING | |
|---|---|---|---|
| Office of the AG | 187 | 71; 129; 235 | Uses three tracks: expedited, simple, and complex |
| Office of the DAG | 97 | 71; 129; 235 | Uses three tracks: expedited, simple, and complex |
| Office of the ASSOC. AG | 27 | 71; 159; 0 | Uses three tracks: expedited, simple, and complex |
| | | | |
| ATF | 187 | 46 | |
| Antitrust | 0; 0; 56 | 0; 0; 251 | Uses three tracks: expedited, simple, and complex |
| BOP | 710;56 | 6; 19 | Uses two tracks: simple and complex |
| Civil | 15 | 13 | |
| Civil Rights | 171 | 239 | |
| CRS | 0 | N/A | |
| Criminal | 768 | 304 | |
| DEA | 124 | 11 | |
| ENRD | 43 | 50 | |
| EOIR | 1,441 | 45 | |
| EOUSA | 1,694 | 280 | |

| Component | Column A | Column B | Notes |
|---|---|---|---|
| EOUST | 2 | 104 | |
| FBI | 2,007 | 133 | |
| FCSC | 0 | N/A | |
| JMD | 17 | 156 | |
| NDIC | 5 | 12 | |
| COPS | 4 | 2 | |
| ODR | 0 | N/A | |
| OFDT | 0 | N/A | |
| OIP | 40 | 71; 99; 273 | Uses three tracks: expedited, simple, and complex |
| OIG | 5 | 13 | |
| OIPR | 19 | 40 | |
| OIPL | 3 | 0; 263; 0 | Uses three tracks: expedited, simple, and complex |
| OJP | 8 | 15 | |
| OLC | 5; 2 | 3; 20 | Uses two tracks: simple and complex |
| OLP | 34 | 100; 99; 0 | Uses three tracks: expedited, simple, and complex |
| OLA | 55 | 100; 99; 235 | Uses three tracks: expedited, simple, and complex |
| Pardon Attorney | 5 | 63 | |
| OPR | 10; 11 | 33; 276 | Uses two tracks: simple and complex |
| Public Affairs | 32 | 0; 136; 267 | Uses three tracks: expedited, simple, and complex |
| OSG | 13 | 30 | |
| PRAO | 0 | N/A | |
| TAX | 0 | N/A | |
| USMS | 190 | 31 | |
| USNCB | 0 | N/A | |
| USPC | 12 | 30 | |
| | | | |
| TOTALS | 8,055 | N/A | |

Go to: Table of Contents // DOJ FOIA Page // Justice Department Home Page