# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** | ) )  ) |
| Plaintiff, | ) ) |
| v. | )   Civil Action No. _____ ) |
| **DEPARTMENT OF JUSTICE,** | ) ) ) |
| Defendant. | ) ) |

## O R D E R

**UPON CONSIDERATION** of plaintiff's motion for a preliminary injunction, defendant's response, and the entire record, it is this ___ day of January, 2006;

**ORDERED** that plaintiff's motion is granted; and it is

**FURTHER ORDERED** that defendant DOJ shall complete the processing of plaintiff's December 16, 2005, Freedom of Information Act requests, and produce or identify all responsive records, within 20 days of the date of this order; and it is

**FURTHER ORDERED** that defendant DOJ shall provide plaintiff with a document index and declaration, as specified in *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), stating defendant's justification for the withholding of any documents responsive to plaintiff's requests, within 30 days of the date of this order.

_____                    _____
Date                                                United States District Judge