IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>) | C.A. No. 06-0096 (HHK) |

## NOTICE OF ENTRY OF APPEARANCE

Please note the entry of appearance of Marcia Hofmann as co-counsel in the above-captioned action.

Respectfully submitted,

DAVID L. SOBEL
D.C. Bar No. 360418


/s/_____
MARCIA HOFMANN
D.C. Bar No. 484136

MARC ROTENBERG
D.C. Bar. No. 422825

ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140

Counsel for Plaintiff