

U.S. Department of Justice

Office of Legal Counsel

Washington, D.C. 20530

January 25, 2006

Marcia Hofmann
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC   20009

Dear Ms. Hofmann:

    This is to acknowledge receipt by the Office of Legal Counsel of your Freedom of Information Act request dated December 16, 2006, and to inform you that your request for expedited processing has been granted and we are processing your request at this time.

    If you have any questions, you may contact me at 202-514-2048 or paul.p.colborn@usdoj.gov.

Sincerely,

Paul P. Colborn
Special Counsel
Office of Legal Counsel