IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 06-0096 (HHK) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT**

Defendant the Department of Justice ("DOJ") hereby seeks an extension of time through and including March 9, 2006, in which to answer or otherwise respond to plaintiff's Complaint. Counsel for plaintiff consents to the relief requested in this motion on the condition noted in paragraph 5 below. As grounds for this motion, defendant states as follows:

1. Plaintiff, the Electronic Privacy Information Center ("EPIC"), filed its Complaint in this matter on January 19, 2006, raising claims under the Freedom of Information Act ("FOIA), 5 U.S.C. § 552. Under FOIA, 5 U.S.C. § 552(a)(4)(C), defendant's answer or other response to plaintiff's Complaint ordinarily would be due February 21, 2006.

2. On February 9, 2006, the Court ordered the captioned case consolidated with a second case filed in this district, <u>American Civil Liberties Union v. Department of Justice</u>, Civil Action No. 06-0214 (D.D.C.), on the ground that the two cases involved "the same or similar legal issues." Order, Feb. 9, 2006 (Docket No. 8), at 2.

    3.    <u>American Civil Liberties Union v. Department of Justice</u>, Civil Action No. 06-0214 (D.D.C.), was filed on February 7, 2006, and under FOIA, 5 U.S.C. § 552(a)(4)(B), defendant's answer or other response in that case ordinarily would be due March 9, 2006.

    4.    In light of the consolidation of the two cases, and in light of this Court's finding that they raise "the same or similar legal issues," defendant respectfully requests that it be allowed through and until March 9, 2006, the date on which its answer or other response is due in Civil Action No. 06-00214, in which to answer or otherwise respond to the Complaint filed in the captioned case, so that both answers or other responses might be filed at the same time.

    5.    On February 15, 2006, undersigned counsel contacted counsel for the plaintiff David Sobel, Esq., who indicated that he consented to the relief requested herein on the condition that the motion seeking such relief notify the court that plaintiff's consent should not be construed as an abandonment of its assertion that the timeliness of defendant DOJ's processing of its FOIA request is a matter of urgency, as reflected in EPIC's pending motion for a preliminary injunction.

    WHEREFORE, defendant respectfully requests that it be allowed until March 9, 2006, in which to answer or otherwise respond to Plaintiff's Complaint in the above-captioned case. A proposed Order is provided for the convenience of the Court.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General, Civil Division

    KENNETH J. WAINSTEIN
    United States Attorney

    JOSEPH H. HUNT
    Director, Federal Programs Branch

- 3 -

                          ELIZABETH J. SHAPIRO
                          Assistant Director, Federal Programs Branch


                         ____*/s/ Rupa Bhattacharyya*_____
                         RUPA BHATTACHARYYA (VA# 38877)
                         Senior Trial Counsel
                         Federal Programs Branch, Civil Division
                         United States Department of Justice
                         P.O. Box 883, 20 Massachusetts Ave., N.W.
                         Washington, D.C.  20044
                         Tel: (202) 514-3146
                         Fax: (202) 318-7593
                         Email: rupa.bhattacharyya@usdoj.gov

Dated:   February 15, 2006.