**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) | |
| | ) | Civil Action No. 06-0096 (HHK) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

The Court, having fully considered the Defendant's Unopposed Motion for an Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is granted.  Defendant shall have through and including March 9, 2006, in which to answer or otherwise respond to Plaintiff's Complaint in this matter.

IT IS SO ORDERED, this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE