UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>             Plaintiff,<br>      v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>             Defendant. | Civil Action 06-00096 (HHK) |
| **AMERICAN CIVIL LIBERTIES UNION, et al.,**<br><br>             Plaintiffs,<br>      v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>             Defendant. | Civil Action 06-00214 (HHK) |

**ORDER**

It is this 7th day of March, 2006, hereby

**ORDERED** that DOJ's unopposed motion for a partial stay of the court's February 16, 2006, order [#11] is **GRANTED**; and it is further

**ORDERED** that operation of the court's February 16, 2006, order is hereby stayed with respect to documents maintained by the Office of Intelligence and Policy Review and with respect to classified documents maintained by the Office of Legal Counsel; and it is further

**ORDERED** that this stay will expire three days after the court's resolution of DOJ's forthcoming motion seeking relief from the court's February 16, 2006, order, unless otherwise ordered by the court; and it is further

**ORDERED** that DOJ shall file its motion seeking relief from the court's February 16, 2006, order on March 7, 2006; and it is further

**ORDERED** that EPIC shall file any opposition to DOJ's motion on or before March 15, 2006; and it is further

**ORDERED** that DOJ shall file any reply in support of its motion on or before March 20, 2006.

                                      Henry H. Kennedy, Jr.
                                      United States District Judge