# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION, *et al.*,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 03-2522 (ESH)** |
| ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pursuant to the status conference held on the 20th of May, 2004 it is hereby

**ORDERED** that defendant shall produce documents and accompanying *Vaughn* indexes

responsive to plaintiff's Freedom of Information Act request in two phases.  The first production

shall consist of responsive documents that do not require review for potential withholding under

Exemption 1, and shall take place on or before June 11, 2004.  The second production shall

address the remainder of the responsive documents and shall take place on or before July 9,

2004.  It is

**FURTHER ORDERED** that defendant shall file a summary judgment motion on or

before August 2, 2004; plaintiffs shall file a cross-motion for summary judgment and/or

opposition to defendant's motion on or before August 23, 2004; defendant shall file an

opposition to plaintiffs' cross-motion on or before September 13, 2004 (or a reply to plaintiff's

opposition on or before September 2, 2004); and, if necessary, plaintiffs shall file a reply to defendant's opposition on or before September 23, 2004.

**SO ORDERED.**

                                        _____
                                                    s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date:  May 21, 2004