```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

JUDICIAL WATCH, INC.              :
                                  :
        Plaintiff,       :
                                  :
    v.                          :    Civil Action Nos. 01-639
                                  :    and 01-720
UNITED STATES DEPARTMENT          :
OF JUSTICE,                       :
                                  :
        Defendant.       :

## ORDER

A Joint Report was filed with the Court on September 13, 2004. Upon consideration of the Report, it is hereby

**ORDERED** that Civil Action No. 01-639 shall proceed with the following schedule:

(1) Defendant shall, by **December 15, 2004,** provide to Plaintiff the approximately 5,000 pages of documents at issue in 01-639;

(2) Plaintiff shall, by **January 1, 2005,** pay to Defendant the $500 processing fee for copying the documents;

(3) Defendant shall, by **February 1, 2005,** file any new dispositive motions;

(4) Plaintiff shall, by **March 1, 2005,** file its Opposition.

(5) Defendant shall, by **March 16, 2005,** file its Reply.

2

It is further

    **ORDERED** Civil Action No. 01-721 be dismissed.

September 14, 2004          /s/
                                                Gladys Kessler
                                                United States District Judge

**Copies to:**   **Attorneys of Record via ECF**