**Bhattacharyya, Rupa (CIV)**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Monday, February 27, 2006 3:26 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-00206-ESH PEOPLE FOR THE AMERICAN WAY FOUNDATION v. NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE "Order" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from lcesh1, entered on 2/27/2006 at 3:25 PM EDT and filed on 2/27/2006

**Case Name:** PEOPLE FOR THE AMERICAN WAY FOUNDATION v. NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE
**Case Number:** 1:06-cv-206
**Filer:**
**Document Number:**

**Docket Text:**
Minute ORDER: Based on a conference call this date, defendant is hereby ORDERED to file a Motion for Summary Judgment by May 1, 2006, with all appropriate documentation, including a Vaughn Index or an adequate explanation for not including such an index. Plaintiff has agreed to waive its right to an Answer from defendant and to withdraw its Motion for a Preliminary Injunction [#3]. (lcesh1, )

The following document(s) are associated with this transaction:

**1:06-cv-206 Notice will be electronically mailed to:**

Rupa Bhattacharyya    rupa.bhattacharyya@usdoj.gov,

Elliot M. Mincberg    emincberg@pfaw.org

**1:06-cv-206 Notice will be delivered by other means to:**

03/07/2006