## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 06-0096 (HHK)

### [PROPOSED] ORDER

The Court, having fully considered the Defendant's Expedited Motion for Relief from the Court's Order of February 16, 2006, and any opposition thereto, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is granted.  The Order of the Court entered February 16, 2006, is hereby modified as follows: It is

ORDERED that DOJ shall have a period of 120 days from the date of this Order in which to complete the processing of any potentially responsive documents maintained by OIPR and any potentially responsive classified documents maintained by OLC;

ORDERED that no <u>Vaughn</u> index of any responsive classified documents, or declarations supporting the withholding of either responsive classified or unclassified documents, shall be required before the point at which defendant moves for summary judgment; and it is

ORDERED that a status conference shall be set in sixty days from the date of this Order so that DOJ can provide an update regarding the status of processing.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE