# Exhibit 4

*Electronic Privacy Information Center v. Department of Justice*,
No. 06-0096 (HHK)

*American Civil Liberties Union et al. v. Department of Justice*,
No. 06-214 (HHK)

Opposition to Defendant's Expedited Motion for Relief From the
Court's Order of February 16, 2006

# VII. COMPLIANCE WITH TIME LIMITS/STATUS OF PENDING REQUESTS.

## A. MEDIAN PROCESSING TIME FOR REQUESTS PROCESSED DURING THE YEAR

Components that have multitrack processing use three tracks: expedited, simple, and complex.
Components that do not have multitrack processing use two tracks: expedited and simple.
In addition to the expedited track, the FBI uses three tracks: small, medium, and large.

|  | Simple Requests | | Complex Requests | | Requests Accorded Expedited Processing | |
|---|---|---|---|---|---|---|
|  | Number of Requests Processed | Median Number Of Days To Process | Number of Requests Processed | Median Number Of Days To Process | Number of Requests Processed | Median Number Of Days To Process |
| Office of the AG | 213 | 27 | 35 | 362 | 3 | 96 |
| Office of the DAG | 108 | 29 | 10 | 363 | 2 | 62 |
| Office of the ASSOC. AG | 40 | 89 | 0 | n/a | 2 | 112 |
| Antitrust | 131 | 19 | 14 | 484 | 0 | n/a |
| BOP | 13,243 | 16 | 475 | 29 | 25 | 3 |
| ATF | 1,719 | 8 | 0 | N/A | 0 | N/A |
| Civil | 466 | 10 | 0 | N/A | 1 | 7 |
| Civil Rights | 565 | 8 | 100 | 359 | 0 | N/A |
| CRS | 2 | 10 | 0 | N/A | 0 | N/A |
| Criminal | 0 | N/A | 1,291 | 35 | 1 | 97 |
| DEA | 0 | N/A | 1,569 | 16 | 0 | N/A |
| ENRD | 0 | N/A | 145 | 53 | 0 | N/A |
| EOIR | 9,367 | 43 | 476 | 149 | 27 | 44 |
| EOUSA | 3,751 | 58 | 0 | N/A | 84 | 169 |
| EOUST | 0 | N/A | 65 | 19 | 0 | N/A |
| FBI | 10,828 | 6 | 289; 24 | 521; 532 | 14 | 42 |
| FCSC | 9 | 5 | 0 | N/A | 0 | N/A |
| JMD | 2,130 | 14.6* | 35 | 56* | 0 | N/A |
| NDIC | 58 | 21 | 3 | 73 | 0 | N/A |
| COPS | 61 | 8 | 0 | N/A | 0 | N/A |
| ODR | 4 | 5 | 0 | N/A | 0 | N/A |
| OFDT | 11 | 8 | 0 | N/A | 1 | 7 |
| OIP | 443 | 13 | 1 | 52 | 1 | 185 |
| OIG | 208 | 11.5 | 0 | N/A | 0 | N/A |
| OIPR | 33 | 6 | 17 | 31 | 2 | 16 |
| OIPL | 6 | 46 | 0 | N/A | 1 | 38 |
| OJP | 206 | 2 | 108 | 25 | 0 | N/A |
| OLC | 68 | 10 | 16 | 30 | 1 | 40 |
| OLP | 76 | 58 | 3 | 863 | 2 | 28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| OLA | 63 | 86 | 9 | 330 | 2 | 67 |
| Pardon Attorney | 43 | 21 | 0 | N/A | 0 | N/A |
| OPR | 86 | 15 | 9 | 334 | 0 | N/A |
| Public Affairs | 22 | 139 | 3 | 730 | 0 | N/A |
| OSG | 64 | 60 | 0 | N/A | 22 | 10 |
| OVW | 14 | 50 | 0 | N/A | 0 | N/A |
| PRAO | 14 | 3.5 | 0 | N/A | 0 | N/A |
| TAX | 237 | 0 | 26 | 28 | 0 | N/A |
| USMS | 999 | 26 | 17 | 195.5 | 0 | N/A |
| USNCB | 184 | 6 | 18 | 21 | 3 | 2 |
| USPC | 0 | N/A | 1,011 | 12 | 0 | N/A |
| | | | | | | |
| TOTALS | 45,472 | N/A | 5,769 | N/A | 194 | N/A |

* This is the average in JMD.

## A. STATUS OF PENDING REQUEST

Components that have multitrack processing use three tracks: expedited, simple, and complex. Components that do not have multitrack processing use two tracks: expedited and simple. In addition to the expedited track, the FBI uses three tracks: small, medium, and large.

| | Expedited Requests | | Simple Requests | | Complex Requests | |
|---|---|---|---|---|---|---|
| | Number of Requests Pending as of End of Fiscal Year | Median Number of Days Pending | Number of Requests Pending as of End of Fscal Year | Median Number of Days Pending | Number of Requests Pending as of End of Fiscal Year | Median Number of Days Pending |
| Office of the AG | 4 | 93 | 108 | 106 | 55 | 121 |
| Office of the DAG | 5 | 93 | 60 | 122 | 32 | 224 |
| Office of the ASSOC. AG | 4 | 93 | 17 | 114 | 7 | 90 |
| | | | | | | |
| Antitrust | 0 | N/A | 0 | n/a | 63 | 176 |
| BOP | 0 | N/A | 956 | 11 | 38 | 21 |
| ATF | 0 | N/A | 118 | 69 | 0 | N/A |
| Civil | 0 | N/A | 13 | 9 | 0 | N/A |
| Civil Rights | 0 | N/A | 47 | 50 | 61 | 528 |
| CRS | 0 | N/A | 0 | N/A | 0 | N/A |
| Criminal | 0 | N/A | 0 | N/A | 869 | 457 |
| DEA | 0 | N/A | 0 | N/A | 197 | 15 |
| ENRD | 0 | N/A | 31 | 78 | 0 | N/A |
| EOIR | 0 | N/A | 1,253 | 180 | 478 | 228 |
| EOUSA | 56 | 462 | 1,650 | 378 | 0 | N/A |
| EOUST | 0 | N/A | 0 | N/A | 8 | 14 |
| FBI | 4 | 125 | 1,161; 512 | 165; 389 | 109 | 514 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FCSC | 0 | N/A | 0 | N/A | 0 | N/A |
| JMD | 0 | N/A | 181 | 14.6 | 20 | 56* |
| NDIC | 0 | N/A | 3 | 16 | 0 | N/A |
| COPS | 0 | N/A | 4 | 2 | 0 | N/A |
| ODR | 0 | N/A | 0 | N/A | 0 | N/A |
| OFDT | 0 | N/A | 1 | 37 | 0 | N/A |
| OIP | 0 | N/A | 38 | 58 | 3 | 0 |
| OIG | 0 | N/A | 3 | 133 | 0 | N/A |
| OIPR | 0 | N/A | 2 | 39 | 8 | 72 |
| OIPL | 0 | N/A | 7 | 102 | 0 | N/A |
| OJP | 0 | N/A | 39 | 10 | 25 | 36 |
| OLC | 0 | N/A | 2 | 60 | 0 | N/A |
| OLP | 0 | N/A | 31 | 45 | 8 | 121 |
| OLA | 1 | 109 | 25 | 124 | 7 | 214 |
| Pardon Attorney | 0 | N/A | 1 | 29 | 0 | N/A |
| OPR | 0 | N/A | 9 | 26 | 6 | 343 |
| Public Affairs | 1 | 202 | 31 | 184 | 4 | 217 |
| OSG | 5 | 30 | 13 | 30 | 0 | N/A |
| OVW | 0 | N/A | 3 | 40 | 0 | N/A |
| PRAO | 0 | N/A | 0 | N/A | 0 | N/A |
| TAX | 0 | N/A | 0 | N/A | 0 | N/A |
| USMS | 0 | N/A | 170 | 26 | 2 | 196 |
| USNCB | 0 | N/A | 0 | N/A | 1 | 23 |
| USPC | 0 | N/A | 0 | N/A | 67 | 45 |
| | | | | | | |
| TOTALS | 80 | N/A | 6,489 | N/A | 2,068 | N/A |

* This is the average in JMD.

Go to: Table of Contents // DOJ FOIA Page