# Exhibit 6

*Electronic Privacy Information Center v. Department of Justice*,
No. 06-0096 (HHK)

*American Civil Liberties Union et al. v. Department of Justice*,
No. 06-214 (HHK)

Opposition to Defendant's Expedited Motion for Relief From the
Court's Order of February 16, 2006

U.S. Department of Justice

Civil Division

JMK:jk:145-FOI-NEW

*Washington, D.C. 20530*

March 7, 2006

Marcia Hofmann
EPIC
1718 Connecticut Avenue, N.W.
Washington, D.C. 20009

Dear Ms. Hofmann:

While processing your December 16, 2005 Freedom of
Information Act request(FOIA), 5 U.S.C. §552, the Office of
Information & Privacy (OIP), Department of Justice, located one
document consisting of four sentences orginated by the Civil
Division responsive to your request.

On February 28, 2006, OIP referred the document to this
office for a disclosure determination and direct response to you.
We received your request and the attached responsive document in
this office on March 3, 2006.

The document is an electronic communication dated January
13, 2006 from a Civil Division attorney to Steve Bradbury, Office
of Legal Counsel, and others commenting on a draft white paper on
NSA activities.  We are withholding this communication because
it is an internal departmental communication exempt pursuant to 5
U.S.C.§552(b)(5), based upon the deliberative process privilege
incorporated within this exemption.

This letter constitutes the final action this office will
take concerning your request.  Because you have filed a lawsuit
regarding your request, administrative appeal rights are not
being provided.

Sincerely,

James M. Kovakas
Attorney In Charge
FOI/PA Office, Civil Division