# Exhibit 9

*Electronic Privacy Information Center v. Department of Justice*,
No. 06-0096 (HHK)

*American Civil Liberties Union et al. v. Department of Justice*,
No. 06-214 (HHK)

Opposition to Defendant's Expedited Motion for Relief From the
Court's Order of February 16, 2006

**U.S. Department of Justice**

Office of Legal Counsel

---

*Washington, D.C. 20530*

March 8, 2006

Marcia Hofmann
Electronic Privacy Information Center
1718 Connecticut Ave., N.W.
Suite 200
Washington, DC  20009

Dear Ms. Hofmann:

    This is in partial response to your Freedom of Information Act request dated December 16, 2005. We have completed our search of the unclassified files of the Office of Legal Counsel and have found a large number of documents that are responsive to your request. Five documents are enclosed. We are withholding the remaining documents pursuant to Exemption Five of the Act, 5 U.S.C. § 552 (b)(5). The withheld documents are protected by the deliberative process, attorney-client and attorney workproduct privileges, and a small number of the documents are also protected by the presidential communications privilege. The documents are not appropriate for discretionary release. The documents will be identified in a *Vaughn* index to be provided to you by March 20, 2006. We have referred documents to the Office of Information and Privacy, which will be responding directly to you.

    Although I am aware that your request is the subject of litigation, I am required by statute and regulation to inform you that you have the right to file an administrative appeal.

                                    Sincerely,

                                    Paul P. Colborn
                                    Special Counsel
                                    Office of Legal Counsel

Enclosures