# Exhibit 11

*Electronic Privacy Information Center v. Department of Justice*,
No. 06-0096 (HHK)

*American Civil Liberties Union et al. v. Department of Justice*,
No. 06-214 (HHK)

Opposition to Defendant's Expedited Motion for Relief From the
Court's Order of February 16, 2006



U.S. Department of Justice

Criminal Division

Washington, D.C. 20530

CRM-200600239-F

MAR 8 2006

Ms. Ann Beeson
Associate Legal Director
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004-2400

Dear Ms. Beeson:

In processing your December 20, 2005, Freedom of Information Act request, the Office of Information and Privacy located one record, consisting of three pages, which is of primary interest to the Criminal Division of the Department of Justice, and referred this document to us for our review and direct response to you.

We have processed this record and have determined to release this document in part. We are withholding the portions indicated of the item pursuant to one or more of the following FOIA exemptions set forth in 5 U.S.C. 552(b):

(6)    which permits the withholding of personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; and,

(7)    which permits the withholding of records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information...

(C)    could reasonably be expected to constitute an unwarranted invasion of personal privacy.

A copy of this item is enclosed.

Although I am aware that you have filed a complaint with the United States District Court regarding this request, I am required to inform you of your right to an administrative appeal of this partial denial of your request. Department regulations provide that such appeals must be filed within sixty days of your receipt of this letter. 28 C.F.R. 16.9. Your appeal should be addressed to: The Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, DC 20530-0001. Both the envelope and the letter should be clearly marked with the legend "FOIA Appeal." If you exercise this right and your appeal is denied, you also have the right to seek judicial review of this action in the federal

judicial district (1) in which you reside, (2) in which you have your principal place of business, (3) in which the records denied are located, or (4) for the District of Columbia. If you elect to file an appeal, please include, in your letter to the Office of Information and Privacy, the Criminal Division file number that appears above your name in this letter.

                Sincerely,

                Thomas J. McIntyre, Chief
                Freedom of Information/Privacy Act Unit
                Office of Enforcement Operations
                Criminal Division

**To:**
**Subject:**
**Attachments:**

Not responsive

**From:** [_____] (b)(7)(C)
**Sent:** Friday, December 30, 2005 3:51 PM
**To:**

(b)(7)(C)

Sabin, Barry;

(b)(7)(C)

**Cc:** Fisher, Alice; Elston, Michael (ODAG); Taylor, Jeffrey (OAG); Bradbury, Steve; Scolinos, Tasia; Sierra, Bryan; Nahmias, David (USAGAN);
**Subject:** Information and Talking Points Regarding National Security Agency Inquiries

All: Please find attached for your information Talking Points and a letter of December 22, 2005 to Members of Congress from William E. Moschella, Assistant Attorney General, providing information regarding National Security Agency activities. Please let us know if you have any questions regarding these issues. Hope you all have a Happy New Year[ ]

(b)(7)(C)



National Security Agency-Related Inquiries
December 30, 2005

**Background:**

- Attached is legal guidance dated December 22, 2005 from Assistant Attorney General William Moschella to Congress discussing some of the legal authorities supporting the National Security Agency (NSA) activities described by the President.

- As the President and Attorney General have stated, these critical national security activities are legal and remain classified.

- All United States laws and policies governing the protection and nondisclosure of national security information, including the information relating to the activities described by the President, remain in full force and effect. The unauthorized disclosure of classified information violates federal criminal law.

- Today, the Justice Department confirmed that a leak investigation has been opened. The FBI has publicly confirmed that the FBI will be leading the leak investigation with assistance from other agencies as appropriate.

- If counsel for a defendant(s) files a motion, or a judge issues an order regarding NSA-related activities, please immediately advise your Counterterrorism Section (CTS), Regional Anti-Terrorism Advisory Council (ATAC) Coordinator. Please provide a copy of the motion or order to the CTS Regional Coordinator. Please do not make representations, either orally or in writing, regarding the substance of the response without coordinating with the Department.

- The Department will provide additional guidance and draft pleadings to assist you in responding to these issues in court. The Department will work with your district to address the issues specific to your matter or case, depending upon whether it is in the investigatory stage, is pending at the trial or appellate court, or has been resolved.

**Talking Points For Media Inquiries:**
(You may refer all media inquiries on this issue to the Department's Office of Public Affairs. To the extent that a district desires to comment, see below).

- As the President and Attorney General have stated, these critical national security activities are legal and remain classified.

- All United States laws and policies governing the protection and nondisclosure of national security information, including the information relating to the activities described by the President, remain in full force and effect. The unauthorized disclosure of classified information violates federal criminal law.



- The Justice Department will respond appropriately in court to the defendant's pleading.