# Exhibit 12

*Electronic Privacy Information Center v. Department of Justice*,
No. 06-0096 (HHK)

*American Civil Liberties Union et al. v. Department of Justice*,
No. 06-214 (HHK)

Opposition to Defendant's Expedited Motion for Relief From the Court's Order of February 16, 2006



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*　　　　　　　　　Washington, D.C. 20530

MAR - 8 2006

Ms. Ann Beeson
Associate Legal Director
American Civil Liberties Union
125 Broad Street, 18th Floor　　　　　　Re:　AG/06-R0250
New York, NY 10004　　　　　　　　　　　　　MAP:KDC:APM

Dear Ms. Beeson:

　　　This is an interim response to your Freedom of Information Act (FOIA) request dated December 20, 2005 for records dated from September 11, 2001 to the present relating to the National Security Agency (NSA) surveillance program. This response is made on behalf of the Office of the Attorney General. It also includes records that were referred to this Office by the Office of Legal Counsel (OLC), as well as certain records from the Office of Legal Policy, which are not responsive to your request, but which concern NSA surveillance. This additional material is being provided because your request has been processed concurrently with that of the Electronic Privacy Information Center (EPIC).

　　　We have completed our records searches for the Office of the Attorney General. I have determined that fifteen documents, totaling eighty-five pages, are appropriate for release without excision and copies are enclosed. Additionally, two documents, totaling two pages, are appropriate for release with excisions made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6). Forty-six documents, totaling ninety-nine pages, are being withheld in full pursuant to Exemption 5. Finally, we located a one-page electronic mail (e-mail) that originated with the Office of Intelligence Policy and Review (OIPR) and we are withholding it in full on behalf of OIPR pursuant to Exemption 5. For your information, e-mail messages are counted and processed as individual documents. Exemption 5 pertains to certain inter- and intra-agency communications protected by the deliberative process, attorney-client, attorney work-product, and presidential communications privileges. Exemption 6 pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of a third party. None of the withheld information is appropriate for discretionary release.

　　　We also located the December 22, 2005 letter from Mr. William Moschella that is attached as an exhibit to the complaint filed by your co-plaintiff, EPIC. As such, it is not included in this release package.

　　　Please be advised that we have referred certain documents to the Office of Legal Counsel as well as to the Criminal and Civil Divisions for processing and direct response to you.

-2-

       Although I am aware that your request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you that you have the right to file an administrative appeal.

                                                       Sincerely,

                                             Melanie Ann Pustay
                                             Deputy Director

Case 1:06-cv-00096-HHK    Document 15-13    Filed 03/15/2006    Page 3 of 3