# Exhibit 13

*Electronic Privacy Information Center v. Department of Justice*,
No. 06-0096 (HHK)

*American Civil Liberties Union et al. v. Department of Justice*,
No. 06-214 (HHK)

Opposition to Defendant's Expedited Motion for Relief From the
Court's Order of February 16, 2006

**U.S. Department of Justice**

Office of Legal Counsel

*Washington, D.C. 20530*

March 8, 2006

Ann Beeson
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004-2400

Dear Ms. Beeson:

    This is in partial response to your Freedom of Information Act request dated December 20, 2005. We have completed our search of the unclassified files of the Office of Legal Counsel and have found a large number of documents that are responsive to your request. Five documents are enclosed. We are withholding the remaining documents pursuant to Exemption Five of the Act, 5 U.S.C. § 552(b)(5). The withheld documents are protected by the deliberative process, attorney-client and attorney workproduct privileges, and a small number of the documents are also protected by the presidential communications privilege. The documents are not appropriate for discretionary release. We have referred documents to the Office of Information and Privacy, which will be responding directly to you.

    Although I am aware that your request is the subject of litigation, I am required by statute and regulation to inform you that you have the right to file an administrative appeal.

Sincerely,

Paul P. Colborn
Special Counsel
Office of Legal Counsel

Enclosures