# Exhibit 14

*Electronic Privacy Information Center v. Department of Justice*,
No. 06-0096 (HHK)

*American Civil Liberties Union et al. v. Department of Justice*,
No. 06-214 (HHK)

Opposition to Defendant's Expedited Motion for Relief From the
Court's Order of February 16, 2006

**U.S. Department of Justice**

Civil Division

*Washington, D.C. 20530*

JMK:jk:145-FOI-NEW                     March 7, 2006

Kristin Adair
The National Security Archive, Gelman Library
3120 H Street, N.W., Suite 701
Wasdhington, D.C. 20037

Dear Ms. Adair:

  While processing your December 22, 2005 Freedom of Information Act request(FOIA), 5 U.S.C. §552, the Office of Information & Privacy (OIP), Department of Justice, located one document consisting of four sentences orginated by the Civil Division responsive to your request.

  On February 28, 2006, OIP referred the document to this office for a disclosure determination and direct response to you. We received your request and the attached responsive document in this office on March 3, 2006.

  The document is an electronic communication dated January 13, 2006 from a Civil Division attorney to Steve Bradbury, Office of Legal Counsel, and others commenting on a draft white paper on NSA activities.  We are withholding this communication because it is an internal departmental communication exempt pursuant to 5 U.S.C.§552(b)(5), based upon the deliberative process privilege incorporated within this exemption.

  This letter constitutes the final action this office will take concerning your request.  Because you have filed a lawsuit regarding your request, administrative appeal rights are not being provided.

                    Sincerely,

                    *[signature]*
                    James M. Kovakas
                    Attorney In Charge
                    FOI/PA Office, Civil Division