# Exhibit 16

*Electronic Privacy Information Center v. Department of Justice*,
No. 06-0096 (HHK)

*American Civil Liberties Union et al. v. Department of Justice*,
No. 06-214 (HHK)

Opposition to Defendant's Expedited Motion for Relief From the
Court's Order of February 16, 2006



U.S. Department of Justice

Office of Information and Privacy

---

*Telephone: (202) 514-3642*　　　　　　*Washington, D.C. 20530*

MAR - 8 2006

Ms. Kristin Adair
The National Security Archive
The George Washington University
Gelman Library, Suite 701
2130 H Street, NW　　　　　　　　Re:　AG/06-R0265
Washington, DC 20037　　　　　　　　　MAP:KDC:APM

Dear Ms. Adair:

    This responds to your Freedom of Information Act (FOIA) request dated December 22, 2005 for records dated from September 11, 2001 through December 21, 2005 relating to the National Security Agency (NSA) surveillance program. This response is being made on behalf of the Office of the Attorney General.

    We have completed our records searches for the Office of the Attorney General. Enclosed are fifteen documents, totaling eighty-five pages, that are appropriate for release without excision. Additional documents are included with this package because your request was processed concurrently with the request from the Electronic Privacy Information Center (EPIC) and the American Civil Liberties Union (ACLU) who are co-plaintiffs in your litigation. As such, this package includes records that are not responsive to your request.

    This constitutes a full grant of your request.

                                Sincerely,

                                  Melanie Ann Pustay
                                  Deputy Director