# Exhibit 17

*Electronic Privacy Information Center v. Department of Justice*,
No. 06-0096 (HHK)

*American Civil Liberties Union et al. v. Department of Justice*,
No. 06-214 (HHK)

Opposition to Defendant's Expedited Motion for Relief From the
Court's Order of February 16, 2006

**U.S. Department of Justice**

Office of Legal Counsel

*Washington, D.C. 20530*

March 8, 2006

Kristin Adair
The National Security Archive
The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, DC  20037

Dear Ms. Adair:

    This is in partial response to your Freedom of Information Act request dated December 21, 2005. We have completed our search of the unclassified files of the Office of Legal Counsel and have identified no documents that are responsive to your request.

    Although I am aware that your request is the subject of litigation, I am required by statute and regulation to inform you that you have the right to file an administrative appeal.

Sincerely,

Paul P. Colborn
Special Counsel
Office of Legal Counsel