**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 06-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 06-0214 (HHK) |

### **O R D E R**

**UPON CONSIDERATION** of defendant's expedited motion for relief from the Court's order of February 16, 2006, plaintiffs' response, and the entire record, it is this ___ day of March, 2006:

**ORDERED** that defendant DOJ's motion is denied; and it is

**FURTHER ORDERED** that defendant DOJ shall file a motion for summary judgment or other dispositive motion with respect to the material it has already processed within 30 days of this Order.

_____                                    _____
Date                                              United States District Judge