TYPE-I

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:02-cv-01294-ESH

| | |
|---|---|
| EDMONDS v. FBI | Date Filed: 06/27/2002 |
| Assigned to: Judge Ellen S. Huvelle | Jury Demand: None |
| Demand: $0 | Nature of Suit: 895 Freedom of Information Act |
| Cause: 05:552 Freedom of Information Act | Jurisdiction: Federal Question |

**Plaintiff**

**S. D. EDMONDS**        represented by   **David K. Colapinto**
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, NW
Washington, DC 20007-2756
(202) 342-6980
Fax: (202) 342-6984
Email: dc@KKC.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Kohn**
KOHN, KOHN & COLAPINTO, P.C.
3233 P Street, NW
Washington, DC 20007-2756
(202) 342-6980
Fax: (202) 342-6984
Email: sk@kkc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FEDERAL BUREAU OF INVESTIGATION**       represented by   **John R. Griffiths**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
Washington, DC 20044
(202) 514-4652
Email: john.griffiths@usdoj.gov
*TERMINATED: 10/03/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela D. Huff**
U.S. ATTORNEY'S OFFICE

Civil Division
555 Fourth Street, NW
Room 10-443
Washington, DC 20530
(202) 307-0338
Fax: 202-514-8781
Email: pamela.huff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vesper Mei**
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 883
Washington, DC 20044
(202) 514-3367
Fax: (202) 616-8470
Email: vesper.mei@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2002 | 1 | COMPLAINT filed by plaintiff S. D. EDMONDS (bcs) (Entered: 06/28/2002) |
| 06/27/2002 |  | SUMMONS issued (3) to federal party(s) federal defendant FBI, and non-parties: U.S. Attorney and U.S. Attorney General. (bcs) (Entered: 06/28/2002) |
| 07/15/2002 | 2 | AMENDED COMPLAINT by plaintiff S. D. EDMONDS, amending complaint [1-1]. (nmr) (Entered: 07/16/2002) |
| 07/18/2002 | 3 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed upon U.S. Attorney on 7/17/02 (nmr) (Entered: 07/19/2002) |
| 07/18/2002 | 4 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed upon U.S. Attorney General on 7/17/02 (nmr) (Entered: 07/19/2002) |
| 07/18/2002 | 5 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 7/17/02 upon federal defendant FBI (nmr) (Entered: 07/19/2002) |
| 07/25/2002 | 6 | ATTORNEY APPEARANCE for federal defendant FBI by Pamela D. Huff (nmr) (Entered: 07/26/2002) |
| 08/20/2002 | 9 | MOTION filed by federal defendant FBI to extend time to 8/23/02 to respond to amended complaint (aet) (Entered: 08/28/2002) |
| 08/21/2002 | 7 | ORDER by Judge Ellen S. Huvelle, Granting Deft's., motion for leave to file response to amended complaint. : response to comlaint due 8/23/02 ; |

| | | | |
|---|---|---|---|
| | | | (N) (whb) Modified on 08/22/2002 (Entered: 08/22/2002) |
| 08/23/2002 | | 8 | ANSWER TO AMENDED COMPLAINT [2-1] by federal defendant FBI (nmr) (Entered: 08/26/2002) |
| 09/03/2002 | | 10 | ORDER by Judge Ellen S. Huvelle: defendant will have thirty days from the date of this Order within which to file a dispositive motion, or in the alternative, to file a report setting forth the schedule according to which it will complete its production of documents to plaintiff (N) (gdf) (Entered: 09/05/2002) |
| 10/02/2002 | | 11 | MOTION filed by plaintiff S. D. EDMONDS for partial summary judgment ; Exhibits (19) (nmr) (Entered: 10/03/2002) |
| 10/03/2002 | | 12 | STATEMENT filed by federal defendant FBI, regarding: processing plaintiff's FOIA request for possible release of documents by 4/1/03. (nmr) (Entered: 10/04/2002) |
| 10/03/2002 | | 13 | SUBSTITUTION OF COUNSEL for federal defendant FBI , substituting Vesper Mei for attorney John R. Griffiths for FBI (nmr) (Entered: 10/04/2002) |
| 10/15/2002 | | 14 | MOTION filed by federal defendant FBI to extend time to 10/23/02 in which to file an opposition to plaintiff's motion for partial summary judgment and corss-motion for Open America Stay. (ks) (Entered: 10/17/2002) |
| 10/15/2002 | | 15 | RESPONSE by plaintiff S. D. EDMONDS in opposition to motion to extend time to 10/23/02 in which to file an opposition to plaintiff's motion for partial summary judgment and corss-motion for Open America Stay. [14-1] by FBI . (ks) (Entered: 10/17/2002) |
| 10/17/2002 | | 16 | ORDER by Judge Ellen S. Huvelle : granting motion to extend time to 10/23/02 in which to file an opposition to plaintiff's motion for partial summary judgment and corss-motion for Open America Stay. [14-1] by FBI response to cross motions due by 10/23/02 ; (N) (gdf) (Entered: 10/18/2002) |
| 10/23/2002 | | 17 | RESPONSE by federal defendant FBI in opposition to motion for partial summary judgment [11-1] by S. D. EDMONDS; Exhibits (22). (nmr) (Entered: 10/24/2002) |
| 10/23/2002 | | 18 | CROSS MOTIONS by federal defendant FBI for Open America stay ; Exhibits (22) (nmr) (Entered: 10/24/2002) |
| 11/06/2002 | | 19 | REPLY by plaintiff S. D. EDMONDS to response in opposition to motion for partial summary judgment [11-1] by S. D. EDMONDS; Exhibits (8) (nmr) (Entered: 11/07/2002) |
| 11/06/2002 | | 20 | RESPONSE by plaintiff S. D. EDMONDS in opposition to cross motion for Open America stay [18-1] by FBI; Exhibits (8). (nmr) (Entered: 11/07/2002) |
| 11/18/2002 | | 21 | REPLY by federal defendant FBI in support of cross motion for Open |

| | | |
|---|---|---|
| | | America stay [18-1] by FBI; Exhibit (1) (nmr) (Entered: 11/19/2002) |
| 12/03/2002 | 22 | ORDER by Judge Ellen S. Huvelle : denying cross motion for Open America stay [18-1] by FBI, granting motion for partial summary judgment [11-1] by S. D. EDMONDS status hearing set for 11:00 12/13/02 ; (N) (gdf) (Entered: 12/04/2002) |
| 12/13/2002 | | STATUS HEARING before Judge Ellen S. Huvelle: Order forth coming. Reporter: Jon Hundley, Miller (gdf) (Entered: 12/13/2002) |
| 12/16/2002 | 23 | SCHEDULING ORDER by Judge Ellen S. Huvelle Defendant's motion for summary judgment due 2/28/03; (N) (See Order for detail) (gdf) (Entered: 12/16/2002) |
| 01/31/2003 | 24 | MOTION filed by federal defendant FBI to extend time to 2/25/03 to produce documents and a vaughn index (ks) (Entered: 02/03/2003) |
| 02/03/2003 | 25 | RESPONSE by plaintiff S. D. EDMONDS to motion to extend time to 2/25/03 to produce documents and a vaughn index [24-1] by FBI (bcs) (Entered: 02/04/2003) |
| 02/07/2003 | 26 | ORDER by Judge Ellen S. Huvelle : granting motion to extend time to 2/25/03 to produce documents and a vaughn index [24-1] by FBI motion for summary judgment due by 2/28/03 ; (N) (gdf) (Entered: 02/10/2003) |
| 02/21/2003 | 27 | MOTION filed by federal defendant FBI to extend time to 3/3/03 to produce Vaughn Index and to file its summary judgment motion (nmr) (Entered: 02/24/2003) |
| 02/24/2003 | 28 | ORDER by Judge Ellen S. Huvelle: granting motion to extend time to 3/3/03 to produce Vaughn Index and to file its summary judgment motion [27-1] by FBI motion for summary judgment due by 3/6/03 ; (N) (gdf) (Entered: 02/24/2003) |
| 02/27/2003 | 29 | ATTORNEY APPEARANCE for plaintiff S. D. EDMONDS by Stephen Martin Kohn (nmr) (Entered: 02/28/2003) |
| 02/27/2003 | 36 | MEMORANDUM by federal defendant FBI in opposition to motion to consolidate cases 02cv1294 (ESH) and 02cv1448 (RBW) [32-1] by S. D. EDMONDS; Exhibits (2) (nmr) (Entered: 03/28/2003) |
| 03/06/2003 | 30 | MOTION filed by federal defendant FBI for summary judgment ; Exhibits (23) (nmr) (Entered: 03/07/2003) |
| 03/12/2003 | 31 | NOTIFICATION OF RELATED CASE: Case related to Case No(s): 02cv1448 (RBW); pursuant to LCvR 40.5(b)(3); Attachment (1) . (nmr) (Entered: 03/13/2003) |
| 03/13/2003 | 32 | MOTION filed by plaintiff S. D. EDMONDS to consolidate cases 02cv1294 (ESH) and 02cv1448 (RBW) (nmr) (Entered: 03/14/2003) |
| 03/17/2003 | 33 | TRANSCRIPT filed of status hearing before Judge Ellen Segal Huvelle for date(s) of 12/12/02. Reporter: Jon Hundley, Miller Reporting Company (nmr) (Entered: 03/18/2003) |
| | | |

| | | |
|---|---|---|
| 03/19/2003 | 34 | MOTION filed by plaintiff S. D. EDMONDS to extend time to 4/10/03 to file an opposition to defendant's motion for summary judgment (nmr) (Entered: 03/20/2003) |
| 03/25/2003 | 35 | ORDER by Judge Ellen S. Huvelle : granting motion to extend time to 4/10/03 to file an opposition to defendant's motion for summary judgment [34-1] by S. D. EDMONDS response to motion for summary judgment due 4/10/03 ; (N) (gdf) (Entered: 03/25/2003) |
| 03/28/2003 | 37 | ORDER by Judge Ellen S. Huvelle : denying motion by plaintiff S.D. EDMONDS to consolidate cases 02cv1294 (ESH) and 02cv1448 (RBW) [32-1] (N) (kk) (Entered: 03/28/2003) |
| 04/10/2003 | 38 | RESPONSE by plaintiff S. D. EDMONDS in opposition to motion for summary judgment [30-1] by FBI; Oral argument requested; Exhibits (22). (nmr) (Entered: 04/11/2003) |
| 04/17/2003 | 39 | MOTION filed by federal defendant FBI to extend time to 5/5/03 file its reply in support of summary judgment (nmr) (Entered: 04/18/2003) |
| 04/22/2003 | 40 | ORDER by Judge Ellen S. Huvelle : granting motion to extend time to 5/5/03 file its reply in support of summary judgment [39-1] by FBI reply to brief due by 5/5/03 ; (N) (gdf) (Entered: 04/23/2003) |
| 05/05/2003 | 41 | REPLY by federal defendant FBI in support of motion for summary judgment [30-1] by FBI; Exhibit (1) (nmr) (Entered: 05/06/2003) |
| 05/30/2003 | 42 | ORDER by Judge Ellen S. Huvelle regarding in camera review of Supplemental Classified Declaration of David M. Hardy and classified index of documents (N) (gdf) (Entered: 06/02/2003) |
| 06/17/2003 | 43 | NOTICE OF SUPPLEMENTAL AUTHORITY by federal defendant FBI; Attachment (1) (nmr) (Entered: 06/18/2003) |
| 07/24/2003 | 44 | MEMORANDUM OPINION by Judge Ellen S. Huvelle (N) (gdf) (Entered: 07/28/2003) |
| 07/24/2003 | 45 | ORDER by Judge Ellen S. Huvelle : granting in part, motion for summary judgment [30-1] (N) (See Order for Detail) (gdf) (Entered: 07/28/2003) |
| 08/08/2003 | 46 | RESPONSE by federal defendant FBI to order [45-1] directing the filing of that attached declaration of Carol L. Keeley. (nmr) (Entered: 08/11/2003) |
| 08/19/2003 | 47 | MOTION filed by plaintiff S. D. EDMONDS to extend time to 9/19/03 for filing a response to the government's supplemental affidavit (nmr) (Entered: 08/20/2003) |
| 08/26/2003 | 48 | ORDER by Judge Reggie B. Walton for Judge Ellen Segal Huvelle : granting motion to extend time to 9/19/03 for filing a response to the government's supplemental affidavit [47-1] by S. D. EDMONDS response to brief due by 9/19/03; (N) (nmr) (Entered: 08/26/2003) |
| 09/22/2003 | 49 | MOTION (SECOND) filed by plaintiff S. D. EDMONDS to extend time |

| | | |
|---|---|---|
| | | to 9/29/03 to file a response to the government's supplemental affidavit (jf) (Entered: 09/24/2003) |
| 09/29/2003 | 51 | OBJECTIONS by plaintiff S. D. EDMONDS to defendant's continued withholdings and to defendant's notice of filing of declarations of Carol L. Keeley. (jf) (Entered: 10/02/2003) |
| 09/30/2003 | 50 | ORDER by Judge Ellen S. Huvelle : granting motion to extend time to 9/29/03 to file a response to the government's supplemental affidavit [49-1] by S. D. EDMONDS (N) (gdf) (Entered: 09/30/2003) |
| 10/07/2003 | 52 | NOTICE OF FILING by federal defendant FBI of Edmonds documents numbered 775 and 776. (jf) (Entered: 10/14/2003) |
| 10/17/2003 | 53 | MEMORANDUM OPINION by Judge Ellen S. Huvelle (N) (gdf) (Entered: 10/17/2003) |
| 10/17/2003 | 54 | ORDER by Judge Ellen S. Huvelle : granting motion for summary judgment [30-1] by FBI; Plaintiff's complaint is dismissed with prejudice (N) (gdf) (Entered: 10/17/2003) |
| 10/30/2003 | 55 | First MOTION for Extension of Time to *File A Request for Attorneys Fees and Costs Pursuant to Rule 54(d)* by S. D. EDMONDS. (Colapinto, David) (Entered: 10/30/2003) |
| 10/31/2003 | | Minute ORDER granting 55 Motion for Extension of Time to File Motion for Attorneys Fees and Costs. Signed by Judge Ellen S. Huvelle on 10/31/03. (BL, ) (Entered: 10/31/2003) |
| 12/03/2003 | 56 | MOTION (SECOND) for Extension of Time to file a request for attorneys fees and costs Pursuant to Fed.R.Civ.P. 54(d) by S. D. EDMONDS. (jf, ) (Entered: 12/04/2003) |
| 12/04/2003 | | Minute ORDER granting 56 Motion for Extension of Time to . Signed by Judge Ellen S. Huvelle on 12/4/03. (BL, ) (Entered: 12/04/2003) |
| 12/10/2003 | 57 | Third MOTION for Extension of Time to *file motion for attorneys fees pursuant to Rule 54(d)* by S. D. EDMONDS. (Colapinto, David) (Entered: 12/10/2003) |
| 12/11/2003 | | Minute ORDER granting 57 Motion for Extension of Time to file motion for attorneys fees and costs. Signed by Judge Ellen S. Huvelle on 12/11/03. (BL, ) (Entered: 12/11/2003) |
| 12/12/2003 | 58 | MOTION for Attorney Fees *and Costs* by S. D. EDMONDS. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three# 4 Exhibit Four# 5 Exhibit Five# 6 Exhibit Six# 7 Exhibit Seven# 8 Exhibit Eight# 9 Exhibit Nine# 10 Exhibit Ten# 11 Exhibit Eleven)(Colapinto, David) (Entered: 12/12/2003) |
| 12/16/2003 | 59 | NOTICE OF APPEAL as to 45 Order dated 07/24/03 and 54 Order dated 10/17/03 by S. D. EDMONDS. Filing fee $ 255, receipt number 119780. (jf, ) (Entered: 12/18/2003) |
| 12/18/2003 | | Transmission of Notice of Appeal and Docket Sheet to US Court of |

| | | |
|---|---|---|
| | | Appeals re 59 Notice of Appeal (jf, ) (Entered: 12/18/2003) |
| 12/22/2003 | 60 | USCA Case Number 03-5364 for 59 Notice of Appeal filed by S. D. EDMONDS. (jf, ) (Entered: 12/23/2003) |
| 12/23/2003 | 61 | Consent MOTION for Extension of Time to File Response/Reply as to 58 MOTION for Attorney Fees *and Costs* by FEDERAL BUREAU OF INVESTIGATION. (Mei, Vesper) (Entered: 12/23/2003) |
| 12/23/2003 | | Minute ORDER granting 61 Motion for Extension of Time to File Response re 58 MOTION for Attorney Fees and Costs. Responses due by 1/28/2004. Signed by Judge Ellen S. Huvelle on 12/23/03. (BL, ) (Entered: 12/23/2003) |
| 01/28/2004 | 62 | MOTION to Stay re 58 MOTION for Attorney Fees *and Costs or, in the Alternative, in Opposition to Plaintiff's Motion for Attorneys' Fees* by FEDERAL BUREAU OF INVESTIGATION. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Mei, Vesper) (Entered: 01/28/2004) |
| 02/10/2004 | 63 | MOTION for Extension of Time to File Response/Reply as to 62 MOTION to Stay re 58 MOTION for Attorney Fees *and Costs or, in the Alternative, in Opposition to Plaintiff's Motion for Attorneys' Fees* by S. D. EDMONDS. (Colapinto, David) (Entered: 02/10/2004) |
| 02/11/2004 | | Minute ORDER granting 63 Motion for Extension of Time to File Response. Responses due by 2/18/2004. Signed by Judge Ellen S. Huvelle on 2/11/04. (BL, ) (Entered: 02/11/2004) |
| 02/18/2004 | 64 | Second MOTION for Extension of Time to *file opposition to Defendant's motion for stay of fee proceeding and reply in support of motion for attorney's fees* by S. D. EDMONDS. (Colapinto, David) (Entered: 02/18/2004) |
| 02/19/2004 | | Minute ORDER granting 64 Motion for Extension of Time to file response. Signed by Judge Ellen S. Huvelle on 2/19/04. (BL, ) (Entered: 02/19/2004) |
| 02/20/2004 | 65 | Memorandum in opposition to motion re 62 *stay of fee proceeding and Reply Memorandum in support of motion for attorney's fees* filed by S. D. EDMONDS. (Attachments: # 1 Exhibit 11/5/2002 Affidavit of David Colapinto# 2 Exhibit 2/20/2004 Supplemental Affidavit# 3 Exhibit 10/15/2002 Handwritten Notes# 4 Exhibit Itemized Supplemental Fees) (Colapinto, David) (Entered: 02/20/2004) |
| 03/03/2004 | 66 | REPLY in support of motion re 62 *to Stay Fee Proceeding* filed by FEDERAL BUREAU OF INVESTIGATION. (Mei, Vesper) (Entered: 03/03/2004) |
| 03/04/2004 | 67 | ORDER denying 58 Motion for Attorney Fees, finding as moot 62 Motion to Stay . Signed by Judge Ellen S. Huvelle on 3/3/04. (BL, ) (Entered: 03/04/2004) |
| 03/04/2004 | 68 | MEMORANDUM AND OPINION. Signed by Judge Ellen S. Huvelle on 3/4/04. (BL, ) (Entered: 03/04/2004) |

| | | |
|---|---|---|
| 05/03/2004 | 69 | NOTICE OF APPEAL as to 67 Order on Motion for Attorney Fees, Order on Motion to Stay by S. D. EDMONDS. Filing fee $ 255, receipt number 123839. (jf, ) (Entered: 05/04/2004) |
| 05/04/2004 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 69 Notice of Appeal (jf, ) (Entered: 05/04/2004) |
| 05/10/2004 | | USCA Case Number 04-5177 for 69 Notice of Appeal filed by S. D. EDMONDS. (jf, ) (Entered: 05/11/2004) |
| 12/09/2004 | 70 | ORDER of USCA (certified copy) as to 59 Notice of Appeal filed by S. D. EDMONDS; It is hereby ordered that the motion to dismiss be granted:USCA#03-5364 (jsc) (Entered: 12/21/2004) |
| 10/12/2005 | 71 | USCA JUDGMENT (certified copy) as to 69 Notice of Appeal filed by S. D. EDMONDS;It is hereby ordered an adjudged that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded;USCA#04-5177 (jsc) (Entered: 10/17/2005) |
| 10/18/2005 | 72 | MINUTE ORDER. Based on a conference call this date, the parties will submit supplemental briefing on the issue of plaintiff's entitlement to attorney's fees according to the following schedule: Plaintiff will submit a Memorandum of Law by November 8, 2005. Defendant's response is due by November 29, 2005. Any reply from plaintiff shall be due by December 9, 2005.(lcesh1, ) (Entered: 10/18/2005) |
| 11/02/2005 | 73 | Unopposed MOTION for Extension of Time to File *Supplemental Memoranda On Attorney's Fees Issue* by S. D. EDMONDS. (Attachments: # 1 Text of Proposed Order)(Colapinto, David) (Entered: 11/02/2005) |
| 11/03/2005 | | Minute ORDER granting 73 Motion for Extension of Time to submit supplemental briefing re attorney's fees. Signed by Judge Ellen S. Huvelle on 11/3/05. (BL) (Entered: 11/03/2005) |
| 11/29/2005 | 74 | Unopposed MOTION for Extension of Time to File *Supplemental Memorandum on Attorney's Fees Issue* by S. D. EDMONDS. (Attachments: # 1 Text of Proposed Order)(Colapinto, David) (Entered: 11/29/2005) |
| 11/30/2005 | | Minute ORDER granting 74 Motion for Extension of Time to File Supplemental Memorandum on Attorney's Fees Issue. Signed by Judge Ellen S. Huvelle on 11/30/05. (BL) (Entered: 11/30/2005) |
| 12/21/2005 | 75 | NOTICE of Voluntary Dismissal by all parties (Colapinto, David) (Entered: 12/21/2005) |
| 01/20/2006 | 76 | Consent MOTION for Leave to File *Substitute Stipulation of Dismissal with Stipulation for Compromise Settlement* by S. D. EDMONDS. (Attachments: # 1 Text of Proposed Order Stipulation for Compromise Settlement)(Colapinto, David) (Entered: 01/20/2006) |
| 01/20/2006 | | Minute ORDER granting 76 Motion for Leave to File to Substitute Stipulation of Dismissal. Signed by Judge Ellen S. Huvelle on 1/20/06. |

|            |    |                                                                                                       |
|------------|----|-------------------------------------------------------------------------------------------------------|
|            |    | (BL) (Entered: 01/20/2006)                                                                            |
| 01/24/2006 | 77 | STIPULATION AND ORDER . Signed by Judge Ellen S. Huvelle on 1/24/06. (gdf) (Entered: 01/30/2006)     |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/19/2006 16:22:40 | | | |
| **PACER Login:** | dj0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:02-cv-01294-ESH |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |