# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF JUSTICE,** ) <br> ) <br> Defendant. ) | Civil Action No. 06-0096 (HHK) |
| **AMERICAN CIVIL LIBERTIES UNION,** *et al.***,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF JUSTICE,** ) <br> ) <br> Defendant. ) | Civil Action No. 06-0214 (HHK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Plaintiff Electronic Privacy Information Center ("EPIC") respectfully gives notice to the Court that it is substituting Marc Rotenberg in place of David L. Sobel as attorney of record in the above-captioned proceeding.

Dated: May 15, 2006          Respectfully submitted,


/s/_____
MARC ROTENBERG
D.C. Bar No. 422825

ELECTRONIC PRIVACY INFORMATION
    CENTER

1

1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140

Counsel for Plaintiff Electronic Privacy
Information Center