# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 06-0096 (HHK)<br>) |
| **DEPARTMENT OF JUSTICE,** | )<br>) |
| Defendant. | )<br>) |

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION,** *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 06-0214 (HHK)<br>) |
| **DEPARTMENT OF JUSTICE,** | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Marcia Hofmann hereby withdraws as co-counsel for plaintiff Electronic Privacy Information Center in the above-captioned proceeding.

Respectfully submitted,

/s/_____
MARCIA HOFMANN
D.C. Bar No. 484136

MARC ROTENBERG
D.C. Bar No. 422825

ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140

Counsel for Plaintiff

Case 1:06-cv-00096-HHK    Document 20    Filed 05/26/2006    Page 2 of 2