IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 06-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 06-00214 (HHK) |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

The parties to these consolidated cases hereby respectfully request that the Court reschedule the Status Conference, currently set for May 31, 2006, for some date after July 7, 2006. As grounds for this motion, the parties state as follows:

1. These consolidated cases involve three requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to various components of the U.S. Department of Justice ("DOJ"): one by the Electronic Privacy Information Center ("EPIC"); one by the American Civil Liberties Union ("ACLU"); and one by the National Security Archive Fund ("NSAF").

2. The EPIC request is directed at four DOJ components: the Office of the Attorney General ("OAG"), the Office of Legal Policy ("OLP"), the Office of Intelligence and Policy

Review ("OIPR"), and the Office of Legal Counsel ("OLC").

3. The ACLU Request is directed at seven DOJ components: OAG, the Office of the Deputy Attorney General ("ODAG"), the Civil Division, the Civil Rights Division, the Criminal Division, the Federal Bureau of Investigation ("FBI"), OLC, and the Executive Office of United States Attorneys ("EOUSA").

4. The NSAF Request is directed at OAG and OLC.

5. As of the date of this filing, the following components, as applicable, have completed their processing of the plaintiffs' requests: OAG, OLP, the Civil Division, the Civil Rights Division, the Criminal Division, OIPR, and EOUSA.[1]

6. Three components, ODAG, OLC, and the FBI, continue to process plaintiffs' requests.

7. On March 24, 2006, this Court entered an order that directed that OLC was to complete its processing of EPIC's request by July 7, 2006. Docket No. 18.

8. On May 12, 2006, by letter, undersigned counsel for defendant advised plaintiffs that OLC also intended to complete processing of the ACLU request by July 7, 2006, and anticipated that ODAG and the FBI would complete processing of the ACLU request by that date as well. The NSAF request is also expected to be completed by that date. Thus, defendant expects that all DOJ components will complete processing of the three requests at issue in these consolidated cases by the same date, July 7, 2006. Should some currently unanticipated extension of these processing dates be necessary, defendants will inform the parties promptly and seek necessary relief from the Court.

9. The parties have agreed that no further litigation is necessary with respect to the

---

[1] By letter dated May 4, 2006, ACLU submitted a new request to EOUSA.

withholding of the documents described in the indices provided by DOJ to plaintiffs on March 20, 2006, relating to documents withheld by OAG and OLC, as well as the withholding or redaction of documents referred by those two offices to OIPR, OLP, the Civil Division, and the Criminal Division.

10.     At this time, accordingly, the parties do not believe that a status conference is necessary and that it would be in the interests of the Court and the parties to reschedule the status conference currently set for May 31, 2006, until some date after defendant completes processing of the three FOIA requests at issue in these consolidated cases.

WHEREFORE, the parties respectfully request that the Court reschedule the status conference currently set for May 31, 2006 and re-set that conference, at the convenience of the Court, for some date after July 7, 2006.

Respectfully submitted,

FOR THE PLAINTIFFS:

_/s/ *Mark Rotenberg/rb*_____
MARC ROTENBERG
D.C. Bar No. 422825
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W., Suite 200
Washington, DC 20009
(202) 483-1140

*Counsel for Plaintiff Electronic Privacy Information Center*

_/s/ *Catherine Crump/rb* _____
ANN BEESON
CATHERINE CRUMP
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 549-2500; Fax: (202) 452-1868

*Counsel for Plaintiffs American Civil Liberties Union and National Security Archive Fund*

FOR THE DEFENDANTS:

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH J. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

____/s/ *Rupa Bhattacharyya*_____
RUPA BHATTACHARYYA (VA# 38877)
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 514-3146; Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

*Counsel for Defendant Department of Justice*