IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0096<br>ECF |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE of the withdrawal of the undersigned, David L. Sobel, as co-counsel for the plaintiff in the above-captioned action.

Respectfully submitted,

/s/_____
DAVID L. SOBEL
D.C. Bar No. 360418

1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140