**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) | |
| | ) | Civil Action No. 06-0096 (HHK) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO COMPLETE PROCESSING OF PLAINTIFF'S FOIA REQUEST**

Defendant the U.S. Department of Justice ("DOJ") hereby seeks an extension of time through and including July 21, 2006, in which to complete the processing of plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Counsel for plaintiff consents to the relief requested in this motion, as does counsel for the plaintiffs in the consolidated case, American Civil Liberties Union v. Dept. of Justice, Civil No. 06-00214 (D.D.C.). As grounds for this motion, defendant states as follows:

1. These consolidated cases involve three FOIA requests to various components of DOJ: one by the Electronic Privacy Information Center ("EPIC"); one by the American Civil Liberties Union ("ACLU"); and one by the National Security Archive Fund ("NSAF").

2. The EPIC request is directed at four DOJ components: the Office of the Attorney General ("OAG"), the Office of Legal Policy ("OLP"), the Office of Intelligence and Policy Review ("OIPR"), and the Office of Legal Counsel ("OLC").

3. The ACLU Request is directed at seven DOJ components: OAG, the Office of

the Deputy Attorney General ("ODAG"), the Civil Division, the Civil Rights Division, the

Criminal Division, the Federal Bureau of Investigation ("FBI"), OLC, and the Executive Office

of United States Attorneys ("EOUSA").

4.    The NSAF Request is directed at OAG and OLC.

5.    As of the date of this filing, the following components, as applicable, have

completed their processing of the plaintiffs' requests: OAG, OLP, the Civil Division, the Civil

Rights Division, the Criminal Division, OIPR, and EOUSA.[1]

6.    Three components, ODAG, OLC, and the FBI, continue to process plaintiffs'

requests.

7.    On March 24, 2006, this Court entered an order that directed that OLC was to

complete its processing of EPIC's request by July 7, 2006.  Docket No. 18.

8.    On May 12, 2006, by letter, undersigned counsel for defendant advised plaintiffs

that OLC also intended to complete processing of the ACLU request by July 7, 2006, and

anticipated that ODAG and the FBI would complete processing of the ACLU request by that date

as well.  The NSAF request was also expected to be completed by that date.

9.    On June 25, 2006, torrential rains flooded DOJ's Main Building at 950

Pennsylvania Avenue, in Washington, D.C.  DOJ lost electrical service to the building, and in

addition, the computer system temporarily shut down.  DOJ's telephone system stopped

functioning as well, and is still not working properly.  The Main Building has now been closed

for six business days, and is currently expected to remain closed at least through Wednesday,

July 5, 2006.

10.    Despite the closure of the Main Building, DOJ is operational, but employees have

---

[1] By letter dated May 4, 2006, ACLU submitted a new request to EOUSA.

been moved to alternate work sites and do not have regular access to materials that remain in the Main Building, including the documents that are being processed in response to plaintiffs' FOIA requests in this case. Although undersigned counsel's offices are in a different building and are relatively unaffected, both OLC and ODAG have their offices in the Main Building. Moreover, other components and personnel to which documents have been referred or which must be consulted have also been disrupted. Current information indicates that a phased re-entry to the Main Building will begin later this week, but undersigned counsel has not yet been advised exactly when particular components will be allowed to re-enter, or when access to the relevant documents can be regularly secured.

11.     As a result of this unanticipated emergency, defendant DOJ respectfully seeks an extension of 10-business days time in which to complete the processing of EPIC's FOIA request, through and until July 21, 2006. Based on current information regarding the re-opening of the Main Building, undersigned counsel anticipates that the necessary tasks can be completed in this time-frame and, thus, that processing can be completed before the status conference in these consolidated cases currently set for July 26, 2006.

12.     Undersigned counsel has communicated with both counsel for EPIC, Mark Rotenberg, Esq., and counsel for the ACLU and NSAF, Catherine Crump, Esq., who have each graciously agreed to the extension requested herein.

WHEREFORE, for the reasons stated herein, defendant respectfully requests that it be allowed until July 21, 2006, in which to complete the processing of EPIC's FOIA request. A proposed Order is provided for the convenience of the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH J. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch


_____/s/ Rupa Bhattacharyya_____
RUPA BHATTACHARYYA (VA# 38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

Dated:   July 3, 2006.