IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 06-0096 (HHK) |

[PROPOSED] ORDER

The Court, having fully considered the Defendant's Unopposed Motion for an Extension of Time in Which to Complete Processing of Plaintiff's FOIA Request, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is granted. Defendant shall have through and including July 21, 2006, in which to complete the processing of EPIC's request under the Freedom of Information Act, 5 U.S.C. § 552.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE