UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>　　　　　Defendant. | Civil Action 06-00096 (HHK) |
| **AMERICAN CIVIL LIBERTIES UNION, et al.,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>　　　　　Defendant. | Civil Action 06-00214 (HHK) |

**SCHEDULING ORDER**

It is this 27th day of July, 2006, hereby

**ORDERED** that the parties shall file briefs on cross-motions for summary judgment in accordance with the following deadlines:[1]

1. Defendant's motion for summary judgment　　　　　　　　September 8, 2006

2. Plaintiffs' oppositions to defendant's motion and
   cross-motions for summary judgment　　　　　　　　　　September 28, 2006

---

[1] This scheduling order does not apply to, and the parties' briefs need not address, the subset of documents that have not yet been processed by the Office of Intelligence and Policy Review due to the recent flooding.

3.  Defendant's opposition to plaintiffs' cross-motions for
    summary judgment and reply to plaintiffs' oppositions    October 18, 2006

4.  Plaintiffs' replies to defendant's opposition    November 2, 2006

                                                   Henry H. Kennedy, Jr.
                                                 United States District Judge