IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE, <br><br> Defendant. | Civil Action No. 06-00206 (ESH) |

**[PROPOSED] ORDER**

The Court, having fully considered the Defendant's Second Unopposed Motion for an Extension of Time in Which to File its Reply Brief in Support of its Motion for Summary Judgment and its Opposition to Plaintiff's Cross-motion for Partial Summary Judgment, finds Defendant's Motion to be well-taken, and it is hereby GRANTED. Defendant shall have through and including September 1, 2006, in which to file a consolidated brief in support of its pending Motion and in opposition to plaintiff's pending cross-motion.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE