**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-0096 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-00214 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | **CONSOLIDATED CASES** |

**[PROPOSED] ORDER**

The Court, having fully considered the Defendant's Motion for a One-week Extension of Time in Which to File its Motion for Summary Judgment, and any opposition thereto, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is granted. Defendant shall have through and including September 15, 2006, in which to file its Motion for Summary Judgment in the above-captioned consolidated cases.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE