IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant.| Civil Action No. 06-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 06-00214 (HHK)<br><br>**CONSOLIDATED CASES** |

**DEFENDANT'S MOTION FOR LEAVE
TO EXCEED THE PAGE LIMITS**

Defendant the U.S. Department of Justice ("Department") hereby seeks leave of Court to exceed the page limits allowed by the Local Rules with respect to the forthcoming Motion for Summary Judgment to be filed in the above-captioned consolidated cases.  Pursuant to the Local Rules, undersigned counsel has conferred with counsel for plaintiffs who have indicated that they take no position on defendant's request.  As grounds for this motion, defendant states as follows:

    1.    The Electronic Privacy Information Center ("EPIC") filed its Complaint pursuant to the Freedom of Information Act ("FOIA), 5 U.S.C. § 552, in this Court on January 19, 2006. The American Civil Liberties Union ("ACLU") and the National Security Archive Fund

("NSAF") filed their joint Complaint pursuant to FOIA on February 7, 2006. On that same date, ACLU and NSAF filed a Notice of Related Case, identifying the EPIC case as related, and sought consolidation of the two actions.

    2.      The Court granted plaintiffs' Motion to Consolidate in an Order issued February 9, 2006.

    3.      The consolidated cases involve three FOIA requests to various components of the Department: one by the EPIC, one by ACLU, and one by NSAF.

    4.      The EPIC request is directed at four Department components: the Office of the Attorney General ("OAG"), the Office of Legal Policy ("OLP"), the Office of Intelligence and Policy Review ("OIPR"), and the Office of Legal Counsel ("OLC").

    5.      The ACLU Request is directed at seven Department components: OAG, the Office of the Deputy Attorney General ("ODAG"), the Civil Division, the Civil Rights Division, the Criminal Division, the Federal Bureau of Investigation ("FBI"), OLC, and the Executive Office of United States Attorneys ("EOUSA").

    6.      The NSAF Request is directed at OAG and OLC.

    7.      The comprehensive Summary Judgment motion to be filed by defendant will respond to plaintiffs' claims with respect to all three FOIA requests at issue in these two consolidated cases; will be supported by eight substantive declarations, five of which will be classified; and will describe defendant's justifications for withholding under FOIA fifteen different sets of documents, including documents from five different components of the Department, as well as documents that were referred to other components or agencies for review. Specifically, defendant's forthcoming motion will address:

        a.      records or categories of records withheld by ODAG in response to the request by ACLU;

    b.    records or categories of records withheld by OLC in response to the requests by EPIC, ACLU, and NSAF;

    c.    records or categories of records withheld by OLC that were referred by ODAG in response to the request by ACLU;

    d.    records or categories of records withheld by OLC that were referred by OIPR in response to the request by EPIC;

    e.    records or categories of records withheld by OLC that were referred by the FBI in response to the request by ACLU;

    f.    records or categories of records withheld by OIPR in response to the request by EPIC;

    g.    records or categories of records withheld by OIPR that were referred by OLC in response to the requests by EPIC, ACLU and NSAF;

    h.    records or categories of records withheld by OIPR that were referred by ODAG in response to the request by ACLU;

    i.    records or categories of records withheld by OIPR that were referred by the FBI in response to the request by ACLU;

    j.    records withheld by the Criminal Division in response to the request by ACLU;

    k.    records withheld by the FBI in response to the request by ACLU;

    l.    records withheld by the FBI that were referred by ODAG in response to the request by ACLU;

    m.    records withheld by the FBI that were referred by OLC in response to the requests by EPIC, ACLU and NSAF;

    n.    records withheld by the FBI that were referred by OIPR in response to the request by EPIC; and

    o.    records referred to the National Security Agency by OLC in response to the requests by EPIC, ACLU, and NSAF; by ODAG in response to the request by ACLU; by OIPR in response to the request by EPIC; and by the FBI in response to the request by ACLU.

8.    Defendant's forthcoming motion will also address the responses to plaintiffs' requests by five other components of the Department whose processing and withholding

decisions, pursuant to understandings among counsel, are not challenged in this litigation, but as to whom defendant retains the burden to seek summary judgment.

9. A filing of this complexity will require more than the 45 pages allowed by the Local Rules. Moreover, had these cases not been consolidated on plaintiffs' motion, defendant would have responded in each case separately and would have been entitled to 45 pages in each complaints will not require 90 pages, it will require more than 45.

WHEREFORE, for the reasons stated, defendant respectfully requests that the Court grant it leave to exceed the page limit imposed by Local Rules with respect to its forthcoming Motion for Summary Judgment relating to the consolidated cases. A proposed order is attached for the convenience of the Court.

              Respectfully submitted,

              PETER D. KEISLER
              Assistant Attorney General, Civil Division

              KENNETH J. WAINSTEIN
              United States Attorney

              JOSEPH H. HUNT
              Director, Federal Programs Branch

              ELIZABETH J. SHAPIRO
              Assistant Director, Federal Programs Branch

              _____/s/ Rupa Bhattacharyya_____
              RUPA BHATTACHARYYA (VA# 38877)
              Attorneys, Federal Programs Branch
              Civil Division, U. S. Department of Justice
              P.O. Box 883, 20 Massachusetts Ave., N.W.
              Washington, D.C.  20044
              Tel: (202) 514-3146
              Fax: (202) 318-7593
              Email: rupa.bhattacharyya@usdoj.gov

Dated: September 7, 2006.