# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) | |
| | ) | Civil Action No. 06-0096 (HHK) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |
| | ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) | |
| | ) | Civil Action No. 06-00214 (HHK) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | **CONSOLIDATED CASES** |
| Defendant. | ) ) | |
| _____ | ) | |

### [PROPOSED] ORDER

The Court, having fully considered the Defendant's Motion for Leave to Exceed the Page Limits, and any opposition thereto, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is granted. Defendant is hereby granted leave to exceed the pages limits allowed by the Local Rules with respect to its forthcoming Motion for Summary Judgment in the above-captioned consolidated cases.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE