IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-0096 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-00214 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | **CONSOLIDATED CASES** |

**NOTICE IN SUPPORT OF DEFENDANT'S MOTION
FOR A ONE-WEEK EXTENSION OF TIME IN WHICH TO
FILE ITS MOTION FOR SUMMARY JUDGMENT**

On September 7, 2006, defendant the U.S. Department of Justice ("Department") sought a one-week extension of time through and including September 15, 2006, in which to file its motion for summary judgment in the above-captioned consolidated cases (Docket No. 26), which is currently due today, September 8, 2006. At the time of filing, defendant represented that, although, following conferral, counsel for plaintiffs in American Civil Liberties Union v. Dept. of Justice, Civil No. 06-00214 (D.D.C.), had indicated that they took no position on defendant's request for relief, undersigned counsel had not been able to contact counsel for plaintiff in Electronic Privacy Information Center v. Dept. of Justice, Civil No. 06-00096 (D.D.C.). Said

- 2 -

counsel, who had a court appearance yesterday, has now indicated that he also takes no position with respect to defendant's request for a one-week extension of time.

Wherefore, for the reasons stated in defendant's motion, defendant respectfully requests that it be granted a one-week, extension of time, through and including September 15, 2006, in which to file its Motion for Summary Judgment relating to the consolidated cases.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH J. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

_____/s/ Rupa Bhattacharyya_____
RUPA BHATTACHARYYA (VA# 38877)
Attorneys, Federal Programs Branch
Civil Division, U. S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

Dated: September 8, 2006.