

**U.S. Department of Justice**

Executive Office for United States Attorneys

(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)

Freedom of Information & Privacy Staff

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC  20530*

**MAR 16 2006**

Requester: Ann Beeson (ACLU)          EOUSA Request No.: 06-733

Subject of Request: NSA Warrantless Surveillance

Dear Requester:

   Your Freedom of Information Act (FOIA) request addressed to the Justice Management Division and dated December 20, 2005, was recently received by this office, which is the official record-keeper for all records located in the Executive Office for U.S. Attorneys (EOUSA) and the various United States Attorneys' Offices (USAOs) nationwide.

   Consistent with FOIA's goal of providing public access to reasonably described non-exempt federal records, our regulations state that "[i]f a component determines that your request does not reasonably describe records, it shall tell you . . . so that you may modify it to meet the requirements of this section." 28 CFR § 16.3(b).

   In accordance with 28 CFR § 16.3(b), please be advised that we cannot further process your request as submitted and that clarification is needed. More specifically, since EOUSA and USAO files and records are located in more than 100 separate offices throughout the country, please identify those offices you wish to conduct a search for responsive records, and please note that the scope of search may affect processing fees, if any. A listing of office locations may be found on-line at www.usdoj.gov/usao for your convenience.

   Absent such clarification, your request cannot be considered properly received at this time, and no further action will be taken on it. Once you have corrected the above deficiencies, you may submit a new request for the records you seek. This is a final determination on the above-referenced Request Number, which has been closed. When we have received your new, corrected request, we will open a new file for you and advise you of its new Request Number. **Please send any new, corrected request to the above address and note this Request Number on it for cross-reference purposes.**

   This is our final action on the above-numbered Request. You may appeal this decision on your request by writing within 60 days from the date of this letter, to the Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, DC

Form No. 003B - 2/06

Page - 2 -

20530-0001. Both the envelope and letter of appeal should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court. 28 C.F.R. §16.9.

                                                Sincerely,

                                                William G. Stewart II
                                                Acting Assistant Director

Form No. 003B - 2/06