# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  )<br>_____)<br>)<br>AMERICAN CIVIL LIBERTIES UNION, et al.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  )<br>_____) | Civil Action No. 06-0096 (HHK)<br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 06-00214 (HHK)<br><br><br><br><br><br>**CONSOLIDATED CASES** |

## NOTICE OF LODGING OF CLASSIFIED EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant the Department of Justice, through its undersigned counsel, hereby provides notice that it is lodging for submission in support of Defendant's Motion for Summary Judgment the following classified exhibits for the Court's in camera, ex parte review:

(1) In Camera, Ex Parte Declaration of Steven G. Bradbury ("Bradbury Declaration"), Acting Assistant Attorney General, Office of Legal Counsel, filed as Exhibit A to Defendant's Motion for Summary Judgment;

(2) In Camera, Ex Parte Declaration of John D. Negroponte, Director of National Intelligence, filed as Exhibit D to the Bradbury Declaration;

(3) <u>In</u> <u>Camera</u>, <u>Ex</u> <u>Parte</u> Declaration of James A. Baker, Counsel, Office of Intelligence Policy and Review, filed as Exhibit C to the Defendant's Motion for Summary Judgment;

(4) <u>In</u> <u>Camera</u>, <u>Ex</u> <u>Parte</u> Declaration of J. Patrick Rowan, Associate Deputy Attorney General, filed as Exhibit G to the Defendant's Motion for Summary Judgment; and

(5) <u>In</u> <u>Camera</u>, <u>Ex</u> <u>Parte</u> Declaration of David M. Hardy, Section Chief, Record/Information Dissemination Section, Records Management Division, Federal Bureau of Investigation, filed as Exhibit J to the Defendant's Motion for Summary Judgment.

Each of these submissions is classified pursuant to Executive Order 12958, 60 Fed. Reg. 19825 (Apr. 17, 1995), as amended by Executive Order 13292, 68 Fed. Reg. 15315 (Mar. 25, 2003), and cannot be disclosed without proper authorization. These submissions have been lodged for secure storage and transmission to the Court with the United States Department of Justice, Litigation Security Group, 20 Massachusetts Avenue, N.W., 5th Floor, Washington, D.C., (202) 514-9016. A redacted form of each of these submissions is provided as an exhibit to Defendant's Motion for Summary Judgment, filed this date on the public record.

      Respectfully submitted,

      PETER D. KEISLER
      Assistant Attorney General, Civil Division

      KENNETH J. WAINSTEIN
      United States Attorney

      JOSEPH H. HUNT
      Director, Federal Programs Branch

      ELIZABETH J. SHAPIRO
      Assistant Director, Federal Programs Branch

-3-

                ____/s/ Rupa Bhattacharyya_____
                RUPA BHATTACHARYYA (VA# 38877)
                Attorneys, Federal Programs Branch
                Civil Division, U. S. Department of Justice
                P.O. Box 883, 20 Massachusetts Ave., N.W.
                Washington, D.C.  20044
                Tel: (202) 514-3146
                Fax: (202) 318-7593
                Email: rupa.bhattacharyya@usdoj.gov

Dated: September 15, 2006.