UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | No. 06-cv-0096(HHK) |
| AMERICAN CIVIL LIBERTIES UNION,<br>AMERICAN CIVIL LIBERTIES UNION<br>　FOUNDATION,<br>THE NATIONAL SECURITY ARCHIVE<br>　FUND, INC.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | No.06-cv-0214 (HHK)<br><br><br><br><br>**CONSOLIDATED CASES** |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE THEIR OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND THEIR CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintffs Electronic Privacy Information Center, American Civil Liberties Union, American Civil Liberties Union Foundation and National Security Archive Fund hereby seek an extension of time through and including October 13, 2006, in which to file their opposition to the defendant's motion for summary judgment and their cross-motions for summary judgment. Pursuant to the local rules, counsel has conferred with defendant's counsel prior to filing this

1

motion. Counsel for the U.S. Department of Justice has indicated that she has no objection to the plaintiffs' request. As grounds for this motion, defendant states as follows:

    1. On July 27, 2006, the Court set the scheduling order for these cases as follows. Defendant's motion for summary judgment due on September 8, 2006. Plaintiffs' opposition to defendant's motion and cross-motions for summary judgment due on September 28, 2006. Defendant's opposition to plaintiff's cross-motions for summary judgment and reply to plaintiffs' oppositions due on October 18, 2006. Plaintiffs' reply to defendant's opposition due on November 2, 2006.

    2. On September 7, 2006, the defendant filed a motion for a one-week extension of time in which to file its motion for summary judgment. The Court granted this motion on the same date.

    3. The defendant's summary judgment motion spans 81 pages. Defendant has attached hundreds of pages of appendixes. As defendant noted in its motion for extension of time, the volume of issues in these cases creates complexity. Plaintiffs anticipate that they will need additional time to respond to defendant's summary judgment motion.

    4. Plaintiffs seek an extension of time through and including October 13, 2006, in which to file their opposition to the defendant's motion for summary judgment and their cross-motions for summary judgment.

    THEREFORE, for the reasons stated, plaintiffs respectfully request that the Court grant a short extension to file a brief in opposition to defendant's motion and cross-motions for summary judgment through and including October 13, 2006. A proposed order is filed herewith.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

---

ARTHUR B. SPITZER
D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, D.C. 20036
Phone:  (202) 457-0800
Fax: (202) 452-1868

Counsel for Plaintiffs

September 26, 2006