UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>   Plaintiff,<br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 06-00096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION,<br>AMERICAN CIVIL LIBERTIES UNION<br> FOUNDATION,<br>THE NATIONAL SECURITY ARCHIVE<br> FUND, INC.,<br><br>   Plaintiffs,<br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No.06-00214 (HHK)<br><br><br><br><br>**CONSOLIDATED CASES** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED THE PAGE LIMIT**

  Plaintiffs hereby move for leave to exceed the page limit for their Opposition to the Defendant's Motion for Summary Judgment. Pursuant to the local rules, counsel has conferred with defendant's counsel prior to filing this motion. Counsel for the U.S. Department of Justice has indicated that she has no objection to the plaintiffs' request. As grounds for this motion, plaintiffs state as follows:

1

1. This case involves three separate requests under the Freedom of Information Act, 5 U.S.C. § 522, and two separate cases that were consolidated by the Court on February 9, 2006.

2. On September 15, 2006, defendant filed its motion for summary judgment. The motion spans 81 pages and has hundreds of pages of exhibits.

3. In responding to defendant's voluminous motion plaintiffs have exceeded the 45 pages allowed by the local rules by only 3 pages. As defendant noted in its own earlier motion for leave to exceed the page limits, a filing of this complexity requires more than the 45 pages permitted by the local rules.

For these reasons, plaintiffs respectfully request that the Court grant plaintiffs leave to file an opposition exceeding the page limit. A proposed order is filed herewith.

           Respectfully submitted,

           /s/ *Arthur B. Spitzer*

           ARTHUR B. SPITZER  (D.C. Bar No. 235960)
           American Civil Liberties Union
            of the National Capital Area
           1400 20th Street, NW, Suite 119
           Washington, D.C. 20036
           Phone: (202) 457-0800
           Fax: (202) 452-1868

           *Counsel for Plaintiffs*

Dated: October 13, 2006