UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>          Plaintiff,<br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          Defendant. | Civil Action No. 06-00096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION,<br>AMERICAN CIVIL LIBERTIES UNION<br>   FOUNDATION,<br>THE NATIONAL SECURITY ARCHIVE<br>   FUND, INC.,<br><br>          Plaintiffs,<br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          Defendant. | Civil Action No.06-00214 (HHK)<br><br><br><br>**CONSOLIDATED CASES** |

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Seek Leave to Exceed the Page Limit, it is hereby

ORDERED that plaintiffs' Motion is granted. Plaintiffs' 48-page Opposition to Defendant' Motion for Summary Judgment may be filed.

October _____, 2006.

_____
Henry H. Kennedy
United States District Judge