UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　　Defendant. | Civil Action No. 06-00096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION,<br>AMERICAN CIVIL LIBERTIES UNION<br>　FOUNDATION,<br>THE NATIONAL SECURITY ARCHIVE<br>　FUND, INC.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　　Defendant. | Civil Action No.06-00214 (HHK)<br><br><br><br>**CONSOLIDATED CASES** |

**PLAINTIFFS' MOTION FOR *IN CAMERA* REVIEW**

　　Pursuant to 5 U.S.C. § 552(a)(4)(B), plaintiffs respectfully move for *in camera* review of the records withheld by defendant in this case. In support of this motion, plaintiffs submit a memorandum of points and authorities in support thereof.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　[Signature on next page]

/s/ *Arthur B. Spitzer*

ARTHUR B. SPITZER  (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, D.C. 20036
Phone:  (202) 457-0800
Fax: (202) 452-1868

*Counsel for Plaintiffs*

Dated: October 13, 2006