UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>       Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 06-00096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>THE NATIONAL SECURITY ARCHIVE FUND, INC.,<br><br>       Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No.06-00214 (HHK)<br><br>**CONSOLIDATED CASES** |

[PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof, Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for In Camera Review, and Memorandum of Points and Authorities in Support Thereof, any replies, and the complete record before the Court, it is this _____ day of _____, 2006, hereby,

ORDERED that Defendant's Motion for Summary Judgment is DENIED; and

FURTHER ORDERED that Plaintiffs' Motion for In Camera Review is GRANTED.

SO ORDERED.

_____
Henry H. Kennedy
United States District Judge