IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-0096 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-00214 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | **CONSOLIDATED CASES** |

**DEFENDANT'S UNOPPOSED MOTION TO
MODIFY THE BRIEFING SCHEDULE**

Defendant the U.S. Department of Justice ("Department") hereby seeks to modify the briefing schedule entered by the Court on July 27, 2006 (Docket No. 24), so as to allow defendant through and including November 9, 2006, in which to file its reply brief in support of its pending motion for summary judgment (Docket No. 29) and in which to oppose plaintiffs' pending cross-motion (Docket No. 34), and to allow plaintiffs until November 28, 2006, in which to file their cross-reply. Counsel for plaintiffs in Electronic Privacy Information Center v. Dept. of Justice, Civil No. 06-00096 (D.D.C.), and American Civil Liberties Union v. Dept. of Justice, Civil No. 06-00214 (D.D.C.) do not oppose the relief requested in this motion.

As grounds for this motion, defendant states as follows:

1. The briefing schedule entered by the Court in these consolidated cases on July 27, 2006, set September 8, 2006, as the date on which defendants would file for summary judgment, September 28, 2006, as the date on which plaintiffs would oppose and file their cross-motion, October 18, 2006, as the date on which defendants would oppose plaintiffs' cross-motion and file their reply brief, and November 2, 2006, as the date on which plaintiffs would file their cross-reply.

2. Both defendant and plaintiffs have each sought and been granted extensions of time in which to make their prior filings. See Docket Nos. 26, 31. Thus, defendant filed its summary judgment motion on September 15, 2006, and plaintiffs opposed and cross-moved on October 13, 2006. Accordingly, in light of the prior adjustments and given other litigation commitments of undersigned counsel including a summary judgment motion currently scheduled to be filed in the Southern District of New York on November 1, 2006, defendant respectfully requests that the July 27, 2006, briefing schedule be modified to allow defendant until November 9, 2006, in which to oppose plaintiffs' cross-motion and reply in support of its pending motion.

3. On October 18, 2006, undersigned counsel for defendant consulted with counsel for plaintiffs in the two consolidated cases who indicated that they did not oppose the relief requested in this motion. Furthermore, in light of the various adjustments, counsel for plaintiffs requested that defendant include in this motion the request that plaintiffs' cross-reply date also be adjusted to allow plaintiffs through and including November 28, 2006, in which to make their filing. Defendant does not oppose that request.

WHEREFORE, for the reasons stated, defendant respectfully requests that the Court modify the briefing schedule to allow defendants through and including November 9, 2006, in

- 3 -

which to file its opposition to plaintiffs' cross-motion and its reply in support of its pending Motion for Summary Judgment relating to the consolidated cases, and to allow plaintiffs through and including November 28, 2006, in which to file their cross-reply. A proposed order is attached for the convenience of the Court.

>Respectfully submitted,
>
>PETER D. KEISLER
>Assistant Attorney General, Civil Division
>
>JEFFREY A. TAYLOR
>United States Attorney
>
>JOSEPH H. HUNT
>Director, Federal Programs Branch
>
>ELIZABETH J. SHAPIRO
>Assistant Director, Federal Programs Branch
>
>____/s/ Rupa Bhattacharyya_____
>RUPA BHATTACHARYYA (VA# 38877)
>Attorneys, Federal Programs Branch
>Civil Division, U. S. Department of Justice
>P.O. Box 883, 20 Massachusetts Ave., N.W.
>Washington, D.C.  20044
>Tel: (202) 514-3146
>Fax: (202) 318-7593
>Email: rupa.bhattacharyya@usdoj.gov

Dated: October 18, 2006.