IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-0096 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-00214 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) ) | **CONSOLIDATED CASES** |
| Defendant. | ) ) | |

[PROPOSED] ORDER

The Court, having fully considered the Defendant's Unopposed Motion to Modify the Briefing Schedule, hereby ORDERS that defendant's Motion is granted. Defendant shall have through and including November 9, 2006, in which to file its opposition to plaintiffs' cross-motion and its reply in support of its pending Motion for Summary Judgment in the above-captioned consolidated cases. Plaintiffs shall have through and including November 28, 2006, in which to file their cross-reply.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE