IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-0096 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-00214 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | **CONSOLIDATED CASES** |

### NOTICE OF SUPPLEMENTAL AUTHORITY
### IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Department of Justice ("DOJ"), through its undersigned counsel, and advises the Court of the recent Freedom of Information Act, 5 U.S.C. § 552, decision issued in <u>People for the American Way v. National Security Agency/Central Security Service</u>, Civil Action No. 06-206 (D.D.C.) (Huvelle, J.), which serves as supplemental authority in support of DOJ's pending Motion for Summary Judgment. A copy of Judge Huvelle's November 20, 2006, decision is attached for the convenience of the Court.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General, Civil Division

JEFFREY A. TAYLOR
United States Attorney

                                    JOSEPH H. HUNT  
                                    Director, Federal Programs Branch

                                    ELIZABETH J. SHAPIRO  
                                    Assistant Director, Federal Programs Branch

                                    _____*/s/ Rupa Bhattacharyya*_____  
                                    RUPA BHATTACHARYYA (VA# 38877)  
                                    Attorneys, Federal Programs Branch  
                                    Civil Division, U. S. Department of Justice  
                                    P.O. Box 883, 20 Massachusetts Ave., N.W.  
                                    Washington, D.C.  20044  
                                    Tel: (202) 514-3146  
                                    Fax: (202) 318-7593  
                                    Email: rupa.bhattacharyya@usdoj.gov

Dated:  November 21, 2006