UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                Defendant. | No. 06-ca-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                Defendant. | No. 06-ca-0214 (HHK) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM APPRISING THE COURT OF RELEVANT NEW INFORMATION**

Plaintiffs hereby move for leave to file a brief supplemental memorandum in opposition to defendant's pending motion for summary judgment [Dkt. 29 in 06-ca-0096] and in support of plaintiffs' pending cross-motion for *in camera* review [Dkt. 34 in 06-ca-0096].

The supplemental memorandum, attached hereto, apprises the Court of the recent congressional testimony of former Deputy Attorney General James Comey regarding the government program about which these FOIA lawsuits seek information, and shows that Mr.

Comey's testimony makes even more clear the need for in camera review of the documents that the government has withheld.

A proposed order is filed herewith.

                                      Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
Phone: (202) 457-0800
Fax: (202) 452-1868

Jameel Jaffer
Nasrina Bargzie
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 519-7814
Fax: (212) 549-2651


/s/ *Meredith Fuchs*
_____
Meredith Fuchs (D.C. Bar No. 450325)
The National Security Archive Fund, Inc.
The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

/s/ *Marc Rotenberg*
_____
Marc Rotenberg (D.C. Bar No. 422825)
Electronic Privacy Information Center
1718 Connecticut Avenue, NW
Suite 200
Washington, DC 20009-1148
Phone: (202) 483-1209
Fax: (202) 483-1278

May 23, 2007                                    Counsel for Plaintiffs