UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | No. 06-ca-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | No. 06-ca-0214 (HHK) |

[Proposed] **ORDER**

Upon consideration of plaintiffs' motion for leave to file a supplemental memorandum in opposition to defendant's motion for summary judgment and in support of plaintiffs' Cross motion for *in camera* review, it is hereby

ORDERED that the motion is granted.

Date: _____

 

                                                              _____
                                                              Henry H. Kennedy
                                                              United States District Judge