UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 06-cv-0214 (HHK) |

**MOTION FOR ADMISSION,** *PRO HAC VICE,* **OF**
**JAMEEL JAFFER AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Jameel Jaffer, an attorney with the National Legal Department of the American Civil Liberties Union in New York, as additional counsel for plaintiffs in this case. Mr. Jaffer is a member of the New York bar.

His declaration is filed herewith, as required by Local Civil Rule 83.2(d).

Wherefore the motion should be granted.

                                              Respectfully submitted,

                                              */s/ Arthur B. Spitzer*

                                              Arthur B. Spitzer
                                                D.C. Bar No. 235960
                                              American Civil Liberties Union
                                                 of the National Capital Area
                                              1400 20th Street, N.W. #119
                                              Washington, D.C. 20036
                                              (202) 457-0800

                                              Counsel for Plaintiffs

May 23, 2007