UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

          Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
      JUSTICE

          Defendant.

No. 06 cv 0214 (HHK)

## DECLARATION OF JAMEEL JAFFER

Pursuant to Local Rule 83.2(d), I, Jameel Jaffer, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.     My full name is Jameel Jaffer.

2.     I am an Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-519-7814.

3.     I was admitted by examination to the State Bar of New York in July 2000 and remain a member in good standing. I am a member in good standing of the bars of the United States Supreme Court, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Second Circuit, United States District Court for the Eastern District of Michigan, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of New York.

4.    I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 23rd day of May, 2007.

Jameel Jaffer