UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 06-cv-0214 (HHK) |

[Proposed] **ORDER**

Upon consideration of the motion of Jameel Jaffer to appear in this action *pro hac vice*, it is hereby

ORDERED that the motion is granted.

Date: _____

_____
Henry H. Kennedy
United States District Judge