# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-00214 (HHK)<br><br>**CONSOLIDATED CASES** |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM

Defendant the Department of Justice ("DOJ") hereby seeks a one-week extension of time, through and including June 13, 2007, in which to file a response to plaintiffs' Motion for Leave to File a Supplemental Memorandum Apprising the Court of Relevant New Information, filed May 23, 2007 (Docket No. 39). Counsel for plaintiffs do not object to the relief requested in this motion. As grounds for this motion, defendant states as follows:

1. Pending before the Court in these consolidated cases under the Freedom of Information Act, 5 U.S.C. § 552, are defendants' Motion for Summary Judgment (Docket No. 29), fully briefed as of November 9, 2006, and Plaintiffs' Motion for <u>In Camera</u> Review of

Withheld Records (Docket No. 34), fully briefed as of November 27, 2006.

2. On May 23, 2007, plaintiffs in these consolidated cases filed a Motion for Leave to File a Supplemental Memorandum in opposition to defendants' pending motion and in support of their own. Docket No. 39.

3. Under the Local Rules, defendant's response to plaintiffs' motion seeking leave to file a supplemental memorandum would ordinarily be due on June 6, 2007.

4. In the two weeks since plaintiffs' motion for leave was filed, undersigned counsel for defendant has had significant other litigation commitments, including preparing and filing a Motion to Dismiss or, in the Alternative, for Summary Judgment in Shubert v. Bush, Civil No. 07-00693 (part of MDL No. 06-1791, N.D. Cal.), on May 25, 2007; and a Statement of Interest on behalf of the United States in Bowoto v. Chevron, Case No. CGC 03-417580 (Sup. Ct. Calif.) on May 30, 2007. Undersigned counsel is also in the process of preparing a Response to an Order of the Court in New York Times v. Dept. of Defense and Dept. of Justice, Civil No. 06-1553 (S.D.N.Y.), due to be filed on June 5, 2007; a Response to a Motion for Leave to File Sur-Reply in Judicial Watch v. Dept. of Justice, Civil No. 06-00406 (D.D.C.), currently due to be filed on June 14, 2007; and an Answer in Wilner v. Nat'l Security Agency and Dept. of Justice, Civil No. 07-3883 (S.D.N.Y.), currently due to be filed on June 18, 2007.

5. In light of undersigned counsel's significant other commitments, defendant respectfully requests a brief, one-week, extension of time, through and including June 13, 2007, in which to respond to Plaintiffs' Motion for Leave to File A Supplemental Memorandum in the above-captioned cases.

6. On June 1, 2007, undersigned counsel spoke by telephone with counsel for the American Civil Liberties Union plaintiffs, Nasrina Bargzie, Esq., who, on behalf of all plaintiffs'

counsel, indicated that plaintiffs did not object to the relief requested in this motion.

      WHEREFORE, for the reasons stated herein, defendant respectfully requests that it be granted a one-week extension, through and including June 13, 2007, in which to respond to plaintiffs' Motion for Leave to File a Supplemental Memorandum. A proposed order is provided for the convenience of the Court.

                                          Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General, Civil Division

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                                          JOSEPH H. HUNT
                                          Director, Federal Programs Branch

                                          JOHN R. TYLER
                                          Senior Trial Counsel
                                          Federal Programs Branch

                                          ____/s/ Rupa Bhattacharyya_____
                                          RUPA BHATTACHARYYA (VA# 38877)
                                          Senior Trial Counsel
                                          Federal Programs Branch, Civil Division
                                          United States Department of Justice
                                          P.O. Box 883, 20 Massachusetts Ave., N.W.
                                          Washington, D.C. 20044
                                          Tel: (202) 514-3146
                                          Fax: (202) 318-7593
                                          Email: rupa.bhattacharyya@usdoj.gov

Dated: June 4, 2007.