# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| | ) | Civil Action No. 06-0096 (HHK) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) | |
| | ) | Civil Action No. 06-00214 (HHK) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| | ) | **CONSOLIDATED CASES** |
| Defendant. | ) ) | |

## [PROPOSED] ORDER

The Court, having fully considered the Defendant's Unopposed Motion for an Extension of Time in Which to Respond to Plaintiffs' Motion for Leave to File a Supplemental Memorandum, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is granted. Defendant shall have through and including June 13, 2007, in which to file such response.

IT IS SO ORDERED, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE