UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendant. | No. 06-ca-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendant. | No. 06-ca-0214 (HHK) |

[Proposed] **ORDER**

Upon consideration of plaintiffs' Motion for Leave to File Exhibits to Plaintiffs' Supplemental Memorandum in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for *In Camera* Review, and of defendant's response thereto, it is hereby

ORDERED that the motion is granted.

Date: _____

_____
Henry H. Kennedy
United States District Judge