IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 06-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 06-00214 (HHK)<br><br><br>**CONSOLIDATED CASES** |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE A SUPPLEMENTAL MEMORANDUM AND TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS'
SUPPLEMENTAL MEMORANDUM**

Defendant the Department of Justice ("DOJ") hereby seeks a few days extension of time, through and including June 15, 2007, in which to file a response to plaintiffs' Motion for Leave to File a Supplemental Memorandum Apprising the Court of Relevant New Information, filed May 23, 2007 (Docket No. 39) and their recently filed Motion for Leave to File Exhibits in Support of Plaintiffs' Supplemental Memorandum (Docket No. 42). Counsel for plaintiffs do not object to the relief requested in this motion. As grounds for this motion, defendant states as follows:

　　　1.　　Pending before the Court in these consolidated cases under the Freedom of

Information Act, 5 U.S.C. § 552, are defendants' Motion for Summary Judgment (Docket No. 29), fully briefed as of November 9, 2006, and Plaintiffs' Motion for <u>In Camera</u> Review of Withheld Records (Docket No. 34), fully briefed as of November 27, 2006.

2. On May 23, 2007, plaintiffs in these consolidated cases filed a Motion for Leave to File a Supplemental Memorandum in opposition to defendants' pending motion and in support of their own. Docket No. 39.

3. Defendant thereafter, with plaintiffs' consent, sought and was granted an extension of time in which to respond to plaintiffs' motion for leave, through and including June 13, 2007. <u>See</u> Docket No. 41, granted by Minute Order, entered June 6, 2007.

4. One June 12, 2007, the day before defendant's response was to be filed, plaintiffs filed a Motion for Leave to File Exhibits to Supplemental Memorandum, which contains additional argument in support of their proposed Supplemental Memorandum and seeks to provide the Court with three exhibits. Docket No. 42.

5. Defendant requires a brief period of time to review plaintiffs' most recent filing and the proposed exhibits and to prepare an appropriate response. Defendant anticipates filing one consolidated response to plaintiffs' Motion for Leave to File a Supplemental Memorandum and their Motion for Leave to File Exhibits to Supplemental Memorandum, and seeks leave of Court to do so on June 15, 2007.

6. On June 12, 2007, undersigned counsel communicated with counsel for the American Civil Liberties Union plaintiffs, Nasrina Bargzie, Esq., who, on behalf of all plaintiffs' counsel, indicated that plaintiffs did not object to the relief requested in this motion.

WHEREFORE, for the reasons stated herein, defendant respectfully requests that it be granted a brief extension of time, through and including June 15, 2007, in which to respond to

- 3 -

plaintiffs' Motion for Leave to File a Supplemental Memorandum, as well as to file a response to Plaintiffs' Motion for Leave to File Exhibits to Supplemental Memorandum.  A proposed order is provided for the convenience of the Court.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General, Civil Division

    JEFFREY A. TAYLOR
    United States Attorney

    JOSEPH H. HUNT
    Director, Federal Programs Branch

    JOHN R. TYLER
    Senior Trial Counsel
    Federal Programs Branch

    ____/s/ Rupa Bhattacharyya_____
    RUPA BHATTACHARYYA (VA# 38877)
    Senior Trial Counsel
    Federal Programs Branch, Civil Division
    United States Department of Justice
    P.O. Box 883, 20 Massachusetts Ave., N.W.
    Washington, D.C.  20044
    Tel: (202) 514-3146
    Fax: (202) 318-7593
    Email: rupa.bhattacharyya@usdoj.gov

Dated:   June 12, 2007.