# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-00214 (HHK)<br><br>**CONSOLIDATED CASES** |

## [PROPOSED] ORDER

The Court, having fully considered the Defendant's Unopposed Motion for an Extension of Time in Which to Respond to Plaintiffs' Motion for Leave to File a Supplemental Memorandum and to Plaintiffs' Motion for Leave to File Exhibits to Supplemental Memorandum, and finding defendant's Motion to be well-taken, hereby ORDERS that defendant's Motion is granted. Defendant shall have through and including June 15, 2007, in which to file such response.

IT IS SO ORDERED, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE