IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant.<br>_____ | Civil Action No. 06-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant.<br>_____ | Civil Action No. 06-00214 (HHK)<br><br>**CONSOLIDATED CASES** |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE ITS RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant the United States Department of Justice ("Department") hereby seeks an extension of time, through and including October 18, 2007, for all components except for the Federal Bureau of Investigation ("FBI"), and through and including November 20, 2007, for the FBI, in which to file a second motion for summary judgment in the above-captioned consolidated cases. Undersigned counsel has conferred with counsel for plaintiff American Civil Liberties Union ("ACLU"), Nasrina Bargzie, Esq., who advises that all plaintiffs consent to the relief requested in this motion. As grounds for this motion, defendants state as follows:

　　　　1.　　These consolidated cases involve three requests made under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to various components of the Department: one by the

Electronic Privacy Information Center ("EPIC"); one by the ACLU; and one by the National Security Archive Fund ("NSAF").

2.      On September 5, 2007, the Court granted in part, denied in part, and held in abeyance in part the Defendant's Motion for Summary Judgment (Docket No. 29), filed September 15, 2006, and denied without prejudice plaintiffs' motion for in camera review (Docket No. 34), filed October 13, 2006. The Court ordered that the Department file a second motion for summary judgment, on or before October 12, 2007, with respect to those documents as to which the Court had denied summary judgment. See Memorandum Opinion and Order, Docket No. 48. Specifically, the Court sought further submissions from the Department's Office of Deputy Attorney General ("ODAG"), Office of Legal Counsel ("OLC"), and Office of Intelligence Policy and Review ("OIPR")[1]; from the FBI; and with respect to documents referred by these offices, from the National Security Agency ("NSA").

3.      Defendant diligently has been attempting to comply with the Court's deadline for filing its second motion for summary judgment, but, in light of other commitments of undersigned counsel, requires a brief additional period of time in which to complete work with respect to ODAG, OLC, and OIPR, and with respect to documents referred by these offices to the NSA. Thus, Defendant respectfully requests that the Court grant these components and agencies until October 18, 2007, in which to file their renewed motion.

4.      With respect to the remaining component of the Department whose documents remain at issue in the case, the FBI, the Department seeks an additional time, through and including November 20, 2007, in which to make the further submissions required by the Court.

---

[1] Since the filing of Defendant's original motion, OIPR has been assimilated into the Department's National Security Division ("NSD").

- 2 -

This period of time is required in order to accommodate other litigation commitments of the FBI, including its active defense of approximately 100 pending FOIA/Privacy Act cases nationwide, and to ensure that an adequate evidentiary presentation can be assembled in support of the proposed renewed motion.

5.   Over the course of the last several days, undersigned counsel for Defendant has conferred with counsel for plaintiff ACLU, Ms. Nasrina Bargzie, Esq.  Ms. Bargzie, on behalf of all plaintiffs, has indicated that plaintiffs do not oppose the relief requested herein.  Ms. Bargzie indicates, however, that plaintiffs prefer to make one consolidated opposition to Defendant's renewed motions for summary judgment after the November 20, 2007, filing proposed to be made on behalf of the FBI.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant an extension of time through and including October 18, 2007, in which to file a renewed motion for summary judgment on behalf of all components except for the FBI, and that the Court grant Defendant an extension of time through and including November 20, 2007, in which to file a renewed motion for summary judgment on behalf of the FBI.  A proposed order is attached for the convenience of the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

JOHN R. TYLER
Senior Trial Counsel
Federal Programs Branch

- 4 -

|  | ____/s/ Rupa Bhattacharyya_____ |
|---|---|
|  | RUPA BHATTACHARYYA (VA# 38877) |
|  | Senior Trial Counsel |
|  | Federal Programs Branch, Civil Division |
|  | United States Department of Justice |
|  | P.O. Box 883, 20 Massachusetts Ave., N.W. |
|  | Washington, D.C.  20044 |
|  | Tel: (202) 514-3146 |
|  | Fax: (202) 318-7593 |
|  | Email: rupa.bhattacharyya@usdoj.gov |

Dated: October 9, 2007.

- 4 -