IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-0096 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-00214 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) ) | **CONSOLIDATED CASES** |
| Defendant. | ) ) | |

[PROPOSED] ORDER

The Court, having fully considered the Defendant's Unopposed Motion for an Extension of Time in Which To file Its Renewed Motion for Summary Judgment, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is granted. Defendant shall have through and including October 18, 2007, in which to file a renewed motion for summary judgment with respect to all components except for the Federal Bureau of Investigation ("FBI"), and through and including November 20, 2007, in which to file its renewed motion for summary judgment with respect to the FBI, in the above-captioned consolidated cases.

IT IS SO ORDERED, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE