# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,        Plaintiff,        v.  DEPARTMENT OF JUSTICE,        Defendant. | Civil Action No. 06-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, et al.,        Plaintiff,        v.  DEPARTMENT OF JUSTICE,        Defendant. | Civil Action No. 06-00214 (HHK)  **CONSOLIDATED CASES** |

**NOTICE OF LODGING OF CLASSIFIED EXHIBITS IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant the Department of Justice, through its undersigned counsel, hereby provides notice that it is lodging for submission in support of Defendant's Renewed Motion for Summary Judgment the following classified exhibits for the Court's in camera, ex parte review:

(1) Second In Camera, Ex Parte Declaration of Steven G. Bradbury ("Bradbury Declaration"), Principal Deputy Assistant Attorney General, Office of Legal Counsel, filed as Exhibit A to Defendant's Renewed Motion for Summary Judgment; and

(2) Second In Camera, Ex Parte Declaration of J. Patrick Rowan, Deputy Assistant Attorney General, National Security Division, filed as Exhibit B to the Defendant's Renewed

Motion for Summary Judgment.

Each of these submissions is classified pursuant to Executive Order 12958, 60 Fed. Reg. 19825 (Apr. 17, 1995), as amended by Executive Order 13292, 68 Fed. Reg. 15315 (Mar. 25, 2003), and cannot be disclosed without proper authorization. These submissions are being lodged for secure storage and transmission to the Court with the United States Department of Justice, Litigation Security Group, 20 Massachusetts Avenue, N.W., 5th Floor, Washington, D.C., (202) 514-9016. A redacted form of each of these submissions is provided as an exhibit to Defendant's Motion for Summary Judgment, filed this date on the public record.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General, Civil Division

        JEFFREY A. TAYLOR
        United States Attorney

        JOSEPH H. HUNT
        Director, Federal Programs Branch

        JOHN R. TYLER
        Senior Trial Counsel
        Federal Programs Branch

        _____/s/ Rupa Bhattacharyya_____
        RUPA BHATTACHARYYA (VA# 38877)
        Senior Trial Counsel
        Federal Programs Branch, Civil Division
        United States Department of Justice
        P.O. Box 883, 20 Massachusetts Ave., N.W.
        Washington, D.C. 20044
        Tel: (202) 514-3146
        Fax: (202) 318-7593
        Email: rupa.bhattacharyya@usdoj.gov

Dated: October 18, 2007.