# EXHIBIT B

DATE: 11/20/07
CLASSIFIED BY: 65179 DMH/PLB/JAC
REASON: 1.4(C)
DECLASSIFY ON: 11/20/2032

**TOP ~~SECRET~~**

RSM Program Log

Monday, 3/1/04:

(TS) 1700: Meeting with Comey in his office. ████████████ b1 b5

Tuesday, 3/9/04:

(TS) 1000: Meeting with Fedarcyk, Pistole, Caproni (and perhaps Wainstein and Gebhardt) ████████████ b1 b5

(TS) 1200: Meeting at Card's office. VP, McLaughlin, Hayden, Gonzales and others present. ████████████ b1 b5 b6 b7C

(TS) 1600: Meeting at Card's office with Comey, attorneys from OLC, VP, Card, Gonzales, Hayden and others. ████████████ b1 b5

Wednesday, 3/10/04:

@1920: Called by DAG while at restaurant with wife and daughter. He is at AG's hospital with Goldsmith and Philbin. Tells me Card and J. Gonzales are on the way to hospital to see the AG, but that AG is in no condition to see them, much less make decision to authorize continuation of the program. Asks me to come to AG's hospital to witness condition of AG.

@1940: At hospital. Card and J. Gonzales have come and gone. Comey tells me that they saw the AG and were told by the AG that he was in no condition to decide issues, and that Comey was the Acting AG. All matters were to be taken to him, but that he supported the Acting AG's position. The AG then reviewed for them the legal concerns relating to the program. The AG also told them that he was barred from obtaining the advice he needed on the program by the strict compartmentalization rules of the WH. Comey asked me to meet briefly with the AG to see his condition. He also asked that I inform the detail that no visitors, other than family, were to be allowed to see the AG without my consent. (I so informed the detail.)

H:\RSM_Docs\Miscellaneous\Program.wpd
March 12, 2004 (4:08PM)

1

**TOP ~~SECRET~~**



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



FBI 9

TOP SECRET

@2010: Saw AG. Janet Ashcroft in the room. AG in chair, is feeble, barely articulate, clearly stressed.

@2020: Departed the hospital.

Thursday, 3/11/04:

1200: Meeting at Card's office with him at his request. (TS)

b1
b5

(TS)

b1
b5

(TS)

b1
b5

(TS)

b1
b5

(TS)

b1
b5

(TS)

b1
b5

1240: Stopped by J. Gonzales' office after meeting with Card. (TS)

b1
b5

H:\RSM_Docs\Miscellaneous\Program.wpd
March 12, 2004 (4:08PM)

2

TOP SECRET

TOP ~~SECRET~~

b1
b5    1315:   Meeting with Comey, et al., at his office. (TS) ████████

b1
b5    1450:   Telephone call from J. Gonzales (TS) ████████

Friday, 3/12/04:

b1
b5    0945:   The President called me into the side office off the Oval Office after we had concluded
(TS) our morning briefing of him ████████

(TS)

b1
b5    ████████████████████████████████████

(TS) ████████

b1
b5    ████████████████████████████████████

(TS) ████████

b1
b5    ████████████████████████████████████

(TS)

b1
b5    ████████████████████████████████████

H:\RSM_Docs\Miscellaneous\Program.wpd
March 12, 2004 (4:08PM)

3

TOP ~~SECRET~~

TOP S~~E~~CRET

(TS) [redacted — b1, b5]

(TS) [redacted — b1, b5]

(TS) @1045: Met with Comey and others at DOJ [redacted]

(TS) 1650: Called Judge Gonzales [redacted — b1, b5]

(TS) 1700: Met with Comey and others [redacted]

(TS) 1845: Called Judge Gonzales [redacted]

Saturday, 3/13/04:

(TS) 0955: Called General Hayden [redacted — b1, b5]

Sunday, 3/14/04:

(TS) 1500: Meeting at DOJ with Comey, et al. [redacted — b1, b5]

(TS) 1820: Called Comey [redacted]

(TS) 1845: Called Gonzales [redacted — b1, b5]

Monday, 3/15/04:

(TS) 0850: Discussed issues with Tenet after morning briefing in Sit Room. [redacted — b1, b5]

(TS) @0930: Called Comey [redacted]

TOP S̶ECRET

Tuesday, 3/16/04:

(TS)
1345: Call from Judge Gonzales ██████████ [b1, b5]

(TS)
1840: Call from Comey ██████████ [b1, b5]

(TS)
@2000: Call at home from Judge Gonzales ██████████ [b1, b5]

(TS)
2030: Comey called ██████████ [b1, b5]

Wednesday, 3/17/04:

(TS)
1105: Comey called ██████████ [b1, b5]

Tuesday, 3/23/04:

(TS)
1200: Meeting with Vice President at his request in his Office ██████████ [b1, b5]

TOP S̶ECRET

**TOP ~~SECRET~~**

# March 01, 2004
Monday

| March 2004 | April 2004 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 29 30 |

- 7 am — [redacted] outside of scope
- 8:00 — DATE: 1/20/2007  CLASSIFIED BY: 65179 DMH/PLB/SAC  REASON: 1.4 (C)  DECLASSIFY ON: 10/20/2032
- 9:00
- 10:00 — [redacted]
- 11:00 — outside of scope
- 12:00 pm — [redacted]
- 1:00
- 2:00 — [redacted]
- 3:00 — [redacted] b6 b7C outside of scope
- 4:00 — [redacted]
- 5:00 — 5:00pm-5:45pm Meet w/ DAG Comey
- 6:00
- 7:00 — ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED EXCEPT WHERE SHOWN OTHERWISE
- 8:00

**TOP ~~SECRET~~**

MUELLER, ROBERT S. III                    1                    3/12/2004

FBI 10

TOP S~~E~~CRET

# March 09, 2004
Tuesday

March 2004 / April 2004

| Time | Entry |
|---|---|
| 7 am | [redacted] – outside of scope |
| 8:00 | |
| 9:00 | [redacted] – outside of scope |
| 10:00 | Meet w/ Pistole, Fedarcyk & Caproni |
| 11:00 | |
| 12 pm | 12:00pm-12:45pm Meet w/ Vice President, Andy Card, Judge Gonzalez, General Hayden & DDCI |
| 1:00 | |
| 2:00 | [redacted] – outside of scope |
| 3:00 | |
| 4:00 | 4:00pm-4:45pm Meet w/ VP, Andy Card, Judge Gonzalez, General Hayden & DDCI |
| 5:00 | [redacted] – outside of scope |
| 6:00 | |
| 7:00 | |
| 8:00 | |

TOP S~~E~~CRET

MUELLER, ROBERT S. III          1          3/12/2004

**TOP ~~SECRET~~**

# March 10, 2004
Wednesday

|   | March 2004 | April 2004 |
|---|---|---|
|   | S M T W T F S | S M T W T F S |
| 10 | 1 2 3 4 5 6 | 14 | 1 2 3 |
| 11 | 7 8 9 10 11 12 13 | 15 | 4 5 6 7 8 9 10 |
| 12 | 14 15 16 17 18 19 20 | 16 | 11 12 13 14 15 16 17 |
| 13 | 21 22 23 24 25 26 27 | 17 | 18 19 20 21 22 23 24 |
| 14 | 28 29 30 31 | 18 | 25 26 27 28 29 30 |

- 7 am — ████████████
- 8 00
- 9 00 — ████████████████████
- 10 00 — ████████████████████
- 11 00 — ██████████████████
- 12 pm
-         ████████████  *OUTSIDE OF SCOPE*
- 1 00 — ██████████████████
- 2 00 — ██████████████████
- 3 00
- 4 00
-         ██████████
- 5 00 — █████
- 6 00
- 7 00 — Dinner
- 8 00

**TOP ~~SECRET~~**

MUELLER, ROBERT S. III    1    3/12/2004

TOP S̶E̶CRET

# March 11, 2004
Thursday

March 2004
April 2004

- 7 am — ▮▮▮▮▮▮▮▮▮▮ — OUTSIDE OF SCOPE
- 8:00
- 9:00
- 10:00
- 11:00 ▮▮▮▮▮ — OUTSIDE OF SCOPE
- 12 pm Meet w/ Andy Card
- 1:00 Meet w/ DAG Comey
- 2:00
- 3:00 ▮▮▮▮▮▮▮▮▮▮▮▮ — OUTSIDE OF SCOPE
- 4:00
- 5:00 ▮▮▮ — OUTSIDE OF SCOPE
- 6:00
- 7:00
- 8:00

TOP S̶E̶CRET

MUELLER, ROBERT S. III    1    3/12/2004

TOP S~~E~~CRET

# March 12, 2004
Friday

|  | March 2004 | April 2004 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 5 6 | 1 2 3 |
|  | 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
|  | 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
|  | 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
|  | 28 29 30 31 | 25 26 27 28 29 30 |

- 7 am — 7:15am-9:15am AM Briefings
- 8:00
- 9:00 ▮▮▮▮▮▮▮▮ – OUTSIDE OF SCOPE
- 10:00
- 11:00
- 12 pm
- 1:00
- 2:00
- 3:00
- 4:00
- 5:00 ▮▮▮▮▮▮▮▮ – OUTSIDE OF SCOPE
- 6:00
- 7:00 ▮▮▮▮▮▮▮▮ – OUTSIDE OF SCOPE
- 8:00

TOP S~~E~~CRET

MUELLER, ROBERT S. III        1        3/12/2004

TOP S~~E~~CRET

3/4/04 Notes

0845 AM Briefing

[██████████] (TS)   b1 b5     [██████████] (TS)   b1 b5
[██████████]        b1 b5 b6 b7A b7C

0930 EAD/AD

(TS) [██████████████████]   b1 b5

1000

b1 b5

(TS) [██████████████████]   [████]

[██████████]

TOP S~~E~~CRET
Case 1:06-cv-00096-HHK    Document 54-4    Filed 11/21/2007    Page 12 of 19


TOP ~~S~~ECRET

17:00 W/K — ~~Andy Card~~ [redacted] (TS) b1 b5

b1 b5 [redacted] (TS)

b1 b5 [redacted] (TS)

b1 b5 [redacted]

(TS) [redacted]

(TS) [redacted] b1 b5

[redacted] b1 b5 b6 b7A b7C

(TS) [redacted] b1 b5

b1 b5 (TS) [redacted]

TOP ~~S~~ECRET

TOP S̶ECRET

1C20 H H
(TS) ██████████████
        DAG/OLC
(TS) ████████████

        DAG
(TS) ████████████████

17H5
        b1
        b5
        b6
        b7A
(TS) ████████████████  b7C
████████████████████
████████████████████
████████████████████

TOP S̶ECRET



**TOP SECRET**

2/10/04

[redacted] b1

(TS)  1915  Called by DAG while
at the Colos w/ Our + Lyn
- DAG - Card + possibly on
  way to AG
- AG not competent
- DAG time off problem
  of guardianship
- begun to pursue

@ 1940  At Hospital
- DAG - Card + possibly already
  came + gone
- AG told them - was aware
  of news. DAG advise
  suggested AG's position
- AG "had been walked on"
  from adams
- behind him
① See AG's condition
② Don't detail not to let
  persons - other than family -
  in without big say so.

- AG - w/ Janet A
  - in chair, fubbly feeble
    barely articulate, clearly
    stressed

@ 2020  depart hospital

**TOP SECRET**

TOP SECRET

3/11/04 Notes

0715 AM Briefing

(TS) [redacted] b1 b5

(TS) [redacted] b1 b5 b6 b7C

1200 Call
— 3/10 Report
b1   0430
b5   V/A
—
(TS) [redacted]    (TS) [redacted]

Evening — Phone + Ag
↑ Hospital
Comey — mtg

b1 (TS) [redacted]

TOP SECRET



TOP S~~E~~CRET

3/12/04 Notes
@ OLC Review

(TS) [redacted] b1 b5

6/10/04 TED 6/4/04 w/ Craig

(TS) [redacted] b1 b5

(TS) [redacted] b1 b5

(TS) [redacted] b1 b5

A. Gonzales

TOP S~~E~~CRET