UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>          Plaintiff,<br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          Defendant. | No. 06-cv-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION,<br>AMERICAN CIVIL LIBERTIES UNION<br>   FOUNDATION,<br>THE NATIONAL SECURITY ARCHIVE<br>   FUND, INC.,<br><br>          Plaintiffs,<br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          Defendant. | No.06-cv-0214 (HHK)<br><br><br><br>**CONSOLIDATED CASES** |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
MEMORANDUM IN OPPOSITION TO DEFENDANT'S RENEWED
MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF
PLAINTIFFS' CROSS-MOTION FOR *IN CAMERA* REVIEW**

Plaintiffs hereby move for a two-week extension of time to and including December 18, 2007, in which to file their memorandum in opposition to the defendant's renewed motion for summary judgment and in support of their cross-motion for *in camera* review. As grounds for this motion, plaintiffs state as follows:

1. These consolidated cases involve three Freedom of Information Act requests directed to multiple agencies.

2. Defendant United States Department of Justice, on October 18, 2007, and November 20, 2007, filed two separate summary judgment briefs, supported by four new declarations and several exhibits.

3. Pursuant to Local Civil Rule 7.1(b), plaintiffs' response to defendant's renewed motion for summary judgment is due on December 4, 2007. Due to the scope of the defendant's production, and the large number of documents and issues involved in these consolidated cases, plaintiffs require an additional two weeks to respond to defendant's motion.

4. Counsel for the defendant has stated that the defendant consents to the requested extension of time.

WHEREFORE the motion should be granted. A proposed order is filed herewith.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, D.C. 20036
Phone: (202) 457-0800
Fax: (202) 452-1868

Counsel for Plaintiffs

November 27, 2007