UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>                   Plaintiff,<br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>              Defendant. | No. 06-cv-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION,<br>AMERICAN CIVIL LIBERTIES UNION<br>   FOUNDATION,<br>THE NATIONAL SECURITY ARCHIVE<br>   FUND, INC.,<br><br>                 Plaintiffs,<br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>              Defendant. | No. 06-cv-0214 (HHK)<br><br><br>**CONSOLIDATED CASES** |

[PROPOSED] ORDER

Upon consideration of plaintiffs' motion for an extension of time to file a memorandum in opposition to defendant's renewed motion for summary judgment and in support of plaintiffs' cross-motion for *in camera* review, and defendant's consent thereto, it is hereby

ORDERED that plaintiffs' motion is granted, and plaintiffs shall have to and including December 18, 2007, in which to file their opposition to defendant's renewed motion for summary judgment and in support of their cross-motion for *in camera* review.

Dated: November ___, 2007.

_____
Henry H. Kennedy
United States District Judge