UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          Defendant. | No. 06-cv-0096 (HHK) |

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF NASRINA BARGZIE AS ADDITIONAL COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Nasrina Bargzie, an attorney with the National Legal Department of the American Civil Liberties Union in New York, as additional counsel for plaintiffs in this case. Ms. Bargzie is a member of the California bar.

Her declaration is filed herewith, as required by Local Civil Rule 83.2(d).

Wherefore the motion should be granted.

Respectfully submitted,

*/s/ Arthur B. Spitzer*
_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

One of counsel for Plaintiffs

December 17, 2006