UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>    JUSTICE,<br><br>            Defendant. | No. 06-cv-0096 (HHK) |

**DECLARATION OF NASRINA BARGZIE**

Pursuant to Local Rule 83.2(d), I, Nasrina Bargzie, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.  My full name is Nasrina Bargzie.

2.  I am an Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 19th floor, New York, NY 10004. My office telephone number is 212-549-2517. My office fax number is 212-549-2651.

3.  I was admitted by examination to the State Bar of California in December 2005 and remain a member in good standing.

4.  I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I have been admitted *pro hac vice* in this Court within the last two years. I was admitted in September 2006 in *American Civil Liberties Union v. Department of Justice*, No. 06-

cv-0214 (HHK), a case which is consolidated with this case. I was also admitted in September 2007 in *American Civil Liberties Union v. Department of Defense*, No. 07-cv-1557 (ESH).

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on December 6, 2007.

/s/ *Nasrina Bargzie*
_____
Nasrina Bargzie

2