UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. 06-cv-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | No.06-cv-0214 (HHK) <br><br><br> **CONSOLIDATED CASES** |

**PLAINTIFFS' RENEWED MOTION FOR *IN CAMERA* REVIEW**

Plaintiffs hereby renew their previous motion [34] for *in camera* review of the records

that have been withheld.  A memorandum of points and authorities is filed herewith, as is a

proposed order.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
    of the National Capital Area
1400 20th Street, N.W., Suite119
Washington, D.C. 20036
Phone: (202) 457-0800
Fax: (202) 452-1868

/s/ *Nasrina Bargzie*
_____

Nasrina Bargzie
Melissa Goodman
Jameel Jaffer
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 519-7814
Fax: (212) 549-2683

/s/ *Meredith Fuchs*
_____

Meredith Fuchs (D.C. Bar No. 422825)
The National Security Archive Fund, Inc.
The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

/s/ *Marc Rotenberg*
_____

Marc Rotenberg (D.C. Bar No. 422825)
Electronic Privacy Information Center
1718 Connecticut Avenue, NW, Suite 200
Washington, DC 20009
Phone: (202) 483-1209
Fax: (202) 483-1278

Counsel for Plaintiffs

December 18, 2007