UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>                    Plaintiff,<br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                    Defendant. | No. 06-cv-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>                    Plaintiffs,<br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                    Defendant. | No.06-cv-0214 (HHK)<br><br>**CONSOLIDATED CASES** |

[proposed] **ORDER**

Upon consideration of defendant's Renewed Motion for Summary Judgment, plaintiffs' opposition thereto, and plaintiffs' Renewed Cross-Motion for *In Camera* Review, it is hereby

ORDERED that defendant's Renewed Motion for Summary Judgment is DENIED; and it is further ORDERED that plaintiffs' Renewed Cross-Motion for *In Camera* Review is GRANTED.  The defendant shall promptly make arrangements to provide the withheld records for *in camera* review.

Date: _____          _____
                              Henry H. Kennedy
                              United States District Judge