IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-0096 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-00214 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | **CONSOLIDATED CASES** |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE ITS OPPOSITION TO PLAINTIFFS' RENEWED
MOTION FOR *IN CAMERA* REVIEW AND ITS REPLY BRIEF IN SUPPORT OF
ITS PENDING RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant the United States Department of Justice ("Department") hereby seeks an extension of time, through and including January 30, 2008, in which to file its opposition brief to plaintiffs' Renewed Motion for *In Camera* Review (Docket No. 57), and in support of its pending Renewed Motion for Summary Judgment (Docket No. 50, as supplemented by Docket No. 54). Undersigned counsel has conferred with counsel for plaintiff American Civil Liberties Union ("ACLU"), Nasrina Bargzie, Esq., who advises that plaintiffs consent only to an extension through and including January 16, 2008. As grounds for this motion, defendant states as follows:

1. These consolidated cases involve three requests made under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to various components of the Department: one by the Electronic Privacy Information Center ("EPIC"); one by the ACLU; and one by the National Security Archive Fund ("NSAF").

2. On September 5, 2007, the Court granted in part, denied in part, and held in abeyance in part the Department's Motion for Summary Judgment (Docket No. 29), filed September 15, 2006, and denied without prejudice plaintiffs' motion for in camera review (Docket No. 34), filed October 13, 2006. Docket No. 48. The Court ordered that the Department file a second motion for summary judgment, and, specifically, the Court sought further submissions from the Department's Office of Deputy Attorney General, Office of Legal Counsel, and Office of Intelligence Policy and Review; from the Federal Bureau of Investigation ("FBI"); and with respect to documents referred by these offices, from the National Security Agency.

3. Pursuant to subsequent orders of the Court, defendant filed a Renewed Motion for Summary Judgment on October 19, 2007 (Docket No. 50), and supplemented that Motion with an additional submission on behalf of the FBI on November 20, 2007 (Docket No. 54).

4. On November 27, 2007, more than four weeks after defendants's October 19, 2007, filing, plaintiffs sought an extension of time of three additional weeks, until December 18 2007, in which to file a brief in opposition to defendant's renewed motion. Docket No. 55. Defendant consented to that request, but advised plaintiffs both that undersigned counsel would be out of the office from December 15 through December 27 on a family vacation, and that, as described further below, as of January 7, 2008, undersigned counsel was being detailed full-time to another office within the Department.    5.

5. On December 18, 2007, eight weeks after the filing of defendants' renewed

motion, and four weeks after the filing of the supplemental submission on behalf of the FBI, plaintiffs made a consolidated response to the Department's October 19 and November 20 filings, by filing a Renewed Motion for *In Camera* Review and a brief in Opposition to Defendant's Renewed Motion for Summary Judgment (Docket Nos. 57, 58), and in support of their own motion.

6. Ordinarily, under the Local Rules, defendant's opposition to plaintiffs' motion and its reply brief in support of defendant's pending motion would be due January 2, 2008.

7. In light of the intervening holiday period, and for the others reasons stated herein, defendant requests a period of additional time, through and including January 30, 2008, in which to submit its opposition to plaintiffs' renewed motion and its reply brief in support of its own pending motion.

8. First, as undersigned counsel advised plaintiffs' counsel in the course of conferring on plaintiffs' requested December 18, 2007, deadline (see Docket No. 55), undersigned counsel was on a family vacation from December 15, 2007, through December 26, 2007. While undersigned counsel returned to the office on December 27, 2007, other government personnel critical to the work on defendant's brief did not return to the office from end-of-the-year vacations until at least January 2, 2008.

8. Moreover, as undersigned counsel has also informed counsel for plaintiffs, as of January 7, 2008, undersigned counsel is being detailed full-time to work in another office of the Department, specifically, in the Department's Office of Legislative Affairs. Due to the substantial history of this case, undersigned counsel's familiarity with the briefing, declarations and documents, and defendants' desire not to seek a substantially greater extension of time so that new counsel can be familiarized with this litigation, undersigned counsel has been asked to

work on the brief in opposition to plaintiffs' renewed motion for *in camera* review and in support of defendants' pending renewed motion for summary judgment. Undersigned counsel will complete the work, however, in addition, to her full-time duties in the Office of Legislative Affairs.

9. On December 31, 2007, undersigned counsel conferred with counsel for the plaintiffs, Nasrina Bargzie, Esq., and reiterated the circumstances detailed above. Undersigned counsel again sought to confer with plaintiffs on January 2, 2008. Despite undersigned counsel's continued accommodation of plaintiffs' requests for extensions in this matter, counsel for plaintiffs refused to consent to an extension beyond January 16, 2008.

10. The extension sought by defendants is not sought for the purposes of delay but rather to ensure that the Court has the benefit of adequate briefing on the questions that remain at issue at this stage of the case. Moreover, setting aside the intervening two-week holiday period, the extension sought here by defendants, which would bring the total period of time allowed defendants to six weeks, effectively mirrors the four-week period that plaintiffs were allowed following the filing of the FBI's supplemental submission in which to make their own filing, and is less than the eight weeks that elapsed from the time defendants' renewed motion was filed for the Department components that remain at issue other than the FBI. In light of the fact that plaintiffs chose to make their filing on December 18, 2007, were advised that undersigned counsel would be absent at that time for another week, and given the traditional holiday absences through January 1, 2008, it is both fair and reasonable to allow defendant the modest additional period of time it requests.

WHEREFORE, for the reasons stated herein, defendant respectfully requests that the Court grant defendant an extension of time through and including January 30, 2008, in which to

file its opposition in response to plaintiffs' Renewed Motion for *In Camera* Review, and its reply brief in support of its pending Renewed Motion for Summary Judgment. A proposed order is attached for the convenience of the Court.

                                        Respectfully submitted,

                                        JEFFREY S. BUCHOLTZ
                                        Acting Assistant Attorney General
                                        Civil Division

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        JOSEPH H. HUNT
                                        Director, Federal Programs Branch

                                        ELIZABETH J. SHAPIRO
                                        Assistant Director, Federal Programs Branch


                                        ____/s/ Rupa Bhattacharyya_____
                                        RUPA BHATTACHARYYA (VA# 38877)
                                        Senior Trial Counsel
                                        Federal Programs Branch, Civil Division
                                        United States Department of Justice
                                        P.O. Box 883, 20 Massachusetts Ave., N.W.
                                        Washington, D.C.  20044
                                        Tel: (202) 514-3146
                                        Fax: (202) 318-7593
                                        Email: rupa.bhattacharyya@usdoj.gov

Dated: January 2, 2008.