UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>       Plaintiff,<br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 06-00096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION,<br>AMERICAN CIVIL LIBERTIES UNION<br>  FOUNDATION,<br>THE NATIONAL SECURITY ARCHIVE<br>  FUND, INC.,<br><br>       Plaintiffs,<br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 06-00214 (HHK)<br><br><br><br><br><br>**CONSOLIDATED CASES** |

**SECOND NOTICE OF FILING**

Plaintiffs file herewith a copy of a letter dated May 13, 2008, from Principal Deputy Assistant Attorney General Brian A. Benczkowski to Senators Dianne Feinstein and Sheldon Whitehouse, acknowledging that the Director of National Intelligence has determined that a portion of a November 2001 Office of Legal Counsel ("OLC") memorandum relating to the National Security Agency's ("NSA") warrantless wiretapping program "may appropriately be

treated as unclassified." That OLC memorandum appears to be a document still at issue in this case and is identified in the Second Redacted Steven G. Bradbury Declaration as OLC 131.[1]

As a result of this letter, we now know that the OLC had concluded in 2001 that the Foreign Intelligence Surveillance Act did not supplant the President's alleged independent authority to conduct warrantless wiretapping, despite the statute's explicit statement that it provides the "exclusive means by which electronic surveillance . . . and the interception of domestic wire, oral and electronic communications may be conducted." 18 U.S.C. § 2511(2)(f). OLC's 2001 legal position has apparently now been abandoned by the Department of Justice, as explained in Mr. Benczkowski's letter.

Mr. Benczkowski's letter establishes beyond any doubt that at least some portions of documents still at issue in this case are unclassified (or are not properly classified) and are reasonably segregable from any properly withheld material, and therefore are covered by 5 U.S.C. § 552(b) ("Any reasonably segregable portion of a record shall be provided . . . after deletion of the portions which are exempt."). The defendant's contrary argument is belied by the action of the Director of National Intelligence.

The release of this material – which contains no properly classifiable facts, just a legal opinion – makes clear that the Department of Justice's argument that every single word of these important legal memoranda is classified and must be kept from public view in the name of national security is demonstrably untrue. The only way in which this Court, and the American people, can have any confidence that the government's legal obligations under the Freedom of

---

[1] *See* Bradbury Second Decl. ¶ 83(g) ("OLC 131, which consists of two copies, both with underscoring and marginalia, of a 24-page memorandum, dated November 2, 2001, from a Deputy Assistant Attorney General in OLC to the Attorney General, prepared in response to a request from the Attorney General for OLC's opinion concerning the legality of certain communications intelligence activities. OLC 131 is withheld under FOIA Exemptions One, Three, and Five.").

Information Act have been honored is for the Court to grant plaintiffs' pending motion for *in camera* examination of the remaining disputed documents.

                                    Respectfully submitted,

                                    /s/ *Arthur B. Spitzer*

                                _____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
Phone: (202) 457-0800
Fax: (202) 452-1868

Nasrina Bargzie
Melissa Goodman
Jameel Jaffer
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 519-7814
Fax: (212) 549-2683

Meredith Fuchs (D.C. Bar No. 422825)
The National Security Archive Fund, Inc.
The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Marc Rotenberg (D.C. Bar No. 422825)
Electronic Privacy Information Center
1718 Connecticut Avenue, NW
Suite 200
Washington, DC 20009-1148
Phone: (202) 483-1209
Fax: (202) 483-1278

*Counsel for Plaintiffs*

May 22, 2008