UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY
INFORMATION CENTER,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE,

Defendant.

No. 06-cv-0096 (HHK)

**MOTION OF NASRINA BARGZIE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 83.6(c), Nasrina Bargzie moves to withdraw as one of plaintiff's counsel in this action.  In support of this motion, she shows as follows:

1.  Her motion for admission *pro hac vice* was granted on December 20, 2007.

2.  On September 5, 2008, she left her employment with the American Civil Liberties Union Foundation to begin work at a law firm in California.

3.  Marc Rotenberg of the Electronic Privacy Information Center, Meredith Fuchs of the National Security Archive Fund, Jameel Jaffer and Melissa Goodman of the American Civil Liberties Union Foundation, and Arthur Spitzer of the American Civil Liberties Union of the National Capital Area, will continue to represent the  plaintiffs in this case.

Wherefore the motion to withdraw should be granted.  A proposed order is filed herewith.

Respectfully submitted,

/s/ *Nasrina Bargzie*
Nasrina Bargzie
American Civil Liberties Union
   Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2517
Fax: (212) 549-2583


/s/ *Arthur B. Spitzer*
Arthur B. Spitzer
D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, D.C. 20036
Phone:  (202) 457-0800
Fax: (202) 452-1868

Counsel for Plaintiffs

September 8, 2008