# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| | ) | Civil Action No. 06-0096 (HHK) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | |
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) | |
| | ) | Civil Action No. 06-00214 (HHK) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| | ) | **CONSOLIDATED CASES** |
| Defendant. | ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Caroline Lewis Wolverton hereby respectfully notifies the Court that she has replaced Rupa Bhattacharyya as counsel for the U.S. Department of Justice in the above-captioned case.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

                                          ELIZABETH J. SHAPIRO
                                        Assistant Director, Federal Programs Branch

                                        */s/ Caroline Lewis Wolverton*
                                        _____
                                        CAROLINE LEWIS WOLVERTON
                                        D.C. Bar No. 496433
                                        Trial Attorney
                                        Federal Programs Branch, Civil Division
                                        United States Department of Justice
                                        P.O. Box 883, 20 Massachusetts Ave., N.W.
                                        Washington, D.C.  20530
                                        Tel: (202) 514-0265
                                        Fax: (202) 616-8202
                                        Email: caroline.lewis-wolverton@usdoj.gov

Dated:  September 9, 2008