# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF JUSTICE, ) ) Defendant. ) _____) ) AMERICAN CIVIL LIBERTIES UNION, et al., ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF JUSTICE, ) ) Defendant. ) _____) | Civil Action No. 06-0096 (HHK) Civil Action No. 06-00214 (HHK) **CONSOLIDATED CASES** |

## DEFENDANT'S NOTICE OF FILING

Defendant U.S. Department of Justice hereby notifies the Court of the release it made to plaintiffs on March 18, 2011 pursuant to the Court's order of January 18, 2011. Attached to this filing is a true and correct copy of defendant's March 18, 2011 release to plaintiffs.

Respectfully submitted,

RONALD C. MACHEN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

          */s/ Marcia Berman*
          MARCIA BERMAN
          PA Bar No. 66168
          Senior Trial Counsel
          Federal Programs Branch, Civil Division
          United States Department of Justice
          20 Massachusetts Ave., N.W., Rm. 7132
          Washington, D.C.  20530
          Overnight Mail Zip Code 20001
          Tel: (202) 514-2205
          Fax: (202) 616-8470
          Email: marcia.berman@usdoj.gov

Dated:  March 21, 2011