

**U.S. Department of Justice**

Civil Division
Federal Programs Branch
20 Massachusetts Avenue N.W. Rm. 7132
Washington, DC 20530

---

Marcia Berman
Senior Trial Counsel

Tel: (202) 514-2205
Fax: (202) 616-8470

March 18, 2011

**VIA EMAIL**
Alexander A. Abdo
Legal Fellow, National Security Project
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2517
Email: aabdo@aclu.org

      Re:    *EPIC v. DOJ, ACLU v. DOJ*, Case Nos. 1:06-cv-96 (HHK),
             1:06-cv-214 (HHK) (D.D.C.)

Dear Alexander:

     Pursuant to the Court's order of January 18, 2011 and Defendant's Response to Plaintiffs' Supplemental Memorandum, please find attached portions of OLC 131 and OLC 54. Pages 2-6, 8, 10-11, 13-16, 18, 20, 22-24 of OLC 131 remain withheld in full pursuant to FOIA Exemptions One, Three, and Five. OLC 129 and OLC 132 remain withheld in their entirety, as previously declared, under FOIA Exemptions One, Three, and Five.

                                        Sincerely yours,

                                        Marcia Berman
                                        Senior Trial Counsel
                                        Federal Programs Branch
                                        Civil Division

Enclosures