**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>)<br>)<br>    Plaintiff,  )<br>)<br>        v.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>    Defendant.  )<br>_____)<br>)<br>AMERICAN CIVIL LIBERTIES UNION, et al.,  )<br>)<br>    Plaintiff,  )<br>)<br>        v.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>    Defendant.  )<br>_____) | Civil Action No. 06-0096 (RCL)<br><br><br><br><br><br><br><br><br><br>Civil Action No. 06-00214 (RCL)<br><br><br><br><br>**CONSOLIDATED CASES** |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' STATUS REPORT**

Plaintiffs' eight-page "status report" (Dkt. No. 85) is an unsolicited, unilateral, improper supplemental brief on the merits of this Freedom of Information Act case. Certain legal memoranda prepared by the Department of Justice Office of Legal Counsel ("OCL") are before the Court for *in camera* review, and the briefing concerning the Government's withholding of those materials from public disclosure is unquestionably complete. Nothing has occurred to justify plaintiffs' filing a "status report" with the Court. The fact that these cases were reassigned to this Court from another district judge does not require a supplemental brief by plaintiffs, and the Court has requested nothing from the parties. Plaintiffs' "status report" in fact "reports" nothing; it reiterates plaintiffs' argument for why the withheld memos should be

released and "urge[s]" the Court to undertake the *in camera* review it is already committed to undertaking.  The Court should reject plaintiffs' improper, unwarranted "status report."[1]

The Court should also reject plaintiffs' "status report" on the merits.  As plaintiffs recognize, the records they seek are by definition highly classified and deliberative:  plaintiffs seek OLC's legal advice regarding the Terrorist Surveillance Program ("TSP"), an intelligence collection program authorized by the President of the United States after the terrorist attacks of September 11, 2011, in order to detect and prevent another attack on the United States.  The Government has demonstrated that information has been properly withheld from these records. In addition, plaintiffs' contention that further disclosures are necessary because of Congressional deliberations on extending the Foreign Intelligence Surveillance Act Amendments Act ("FAA") of 2008, *see* Pls.' Status Report at 7, is meritless.  Congress undertook extensive public and classified oversight proceedings concerning the TSP in connection with enacting the FAA in 2008.  *See* S. Rep.  No. 110-209, 110th Cong., 1st Sess. (2007), 2007 WL 5334390.

Moreover, considerable information exists in the public domain concerning the legal basis for the TSP.  This includes a 58-page White Paper released by the Department of Justice in January 2006, entitled "Legal Authorities Supporting the Activities of the National Security Agency Described by the President."  In addition, a report on the President's Surveillance Program, prepared by the Offices of Inspectors General of several departments and agencies, was publicly released in July 2009.  And the Government released what plaintiffs acknowledge are

---

[1]  This is not plaintiffs' first submission of uncalled-for supplemental briefing.  After the Government submitted a two-sentence Notice of Filing on March 21, 2011, merely notifying the Court that it had made a release to plaintiffs in accordance with the Court's order, plaintiffs filed a six-page substantive "response" arguing that the Government's withholdings are improper.

"substantial" portions of one of the OLC memos at issue, OLC 54.  Pl.'s Resp. to Def.'s Notice of Filing at 4 (Dkt. No. 82).

In any event, the Government has fully supported the basis for its withholdings here.

<div style="margin-left: 3em;">

Respectfully submitted,

RONALD C. MACHEN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch


*/s/ Marcia Berman*
MARCIA BERMAN
PA Bar No. 66168
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W., Rm. 7132
Washington, D.C.  20530
Overnight Mail Zip Code 20001
Tel: (202) 514-2205
Fax: (202) 616-8470
Email: marcia.berman@usdoj.gov

</div>

Dated: March 1, 2012