UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br>　　　　　　Plaintiff,<br>　　v.<br>DEPARTMENT OF JUSTICE,<br>　　　　　　Defendant. | No. 06-cv-0096 (RCL)<br><br>Consolidated cases |
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br>　　　　　　Plaintiffs,<br>　　v.<br>UNITED STATES DEPARTMENT OF JUSTICE,<br>　　　　　　Defendant. | No. 06-cv-0214 (RCL) |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs submit this status report as a respectful reminder that these FOIA cases, which were pending before Judge Kennedy when he retired, were assigned to this Court on December 15, 2011, and await the Court's determination on a single issue.

Plaintiffs seek records regarding government wiretapping activities described in a 2005 *New York Times* article, James Risen and Eric Luchtblau, "Bush Lets U.S. Spy on Callers Without Courts," N.Y. Times, Dec. 16, 2005 at A1. The government moved for summary judgment in 2006 (ECF No. 29) and plaintiffs cross-moved for *in camera* examination of the withheld records (ECF No. 34). Judge Kennedy ruled on most of the withholdings in 2007 (ECF No. 48), but still at issue five years later are ten Office of Legal Counsel memoranda, all but two of which have been withheld in full. Judge Kennedy twice found that the government had failed to justify these withholdings (ECF

Nos. 48 & 67). In October 2008 he ordered the government to submit the ten memoranda for *in camera* review (ECF No. 67), which the government did four years ago, on November 17, 2008.

All that stands in the way of a final judgment in this case is a ruling, after *in camera* review, on whether the withheld portions or entireties of those ten documents are exempt from release.

For further details, the Court is respectfully referred to the status report filed by plaintiffs in February 2012 (ECF No. 85) and the government's response (ECF No.86).

    Respectfully submitted,

/s/ *Marc Rotenberg*
Marc Rotenberg (D.C. Bar No. 422825)
Ginger McCall (D.C. Bar No. 1001104)
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
(202) 457-0800 (telephone)
(202) 457-0805 (facsimile)

Jameel Jaffer
Alex Abdo
American Civil Liberties Union Foundation
125 Broad Sreet, 18th floor
New York, NY 10004
(212) 519-7814 (telephone)
(212) 549-2683 (facsimile)

*Counsel for Plaintiffs*

December 17, 2012