UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | No. 1:06-CV-96 (RCL) (Lead Case) |
| AMERICAN CIVIL LIBERTIES UNION et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | No. 1:06-CV-214 (RCL)<br><br>**CONSOLIDATED CASES** |

**JOINT STATUS REPORT**

The parties write to provide the Court with a report on the status of these consolidated Freedom of Information Act ("FOIA") lawsuits. Briefly, the lawsuits concern FOIA requests submitted by Plaintiffs for records relating to certain of the National Security Agency's post-9/11 surveillance activities. The only records still at issue are ten memoranda of the Department of Justice Office of Legal Counsel ("OLC") related to those activities.[1] The Department of Justice originally withheld those memos in full. It later released portions of two of the memos. All ten

---

[1] The memos have been referred to throughout this litigation by their index numbers: OLC 16/ODAG 38; OLC 54/ODAG 1/OIPR 28; OLC 59/OIPR 29; OLC 62/ODAG 52; OLC 85; OLC 129/ODAG 6; OLC 131/ODAG 2/OIPR 37/FBI 51; OLC 132/ODAG 5; OLC 113/FBI 42; and ODAG 42.

memos were submitted to the Court on November 17, 2008 for *in camera* review of the propriety of their complete or partial withholding.

In light of the recent declassifications and disclosures of information relating to the National Security Agency's surveillance practices, Plaintiffs requested that the Department of Justice reprocess the ten OLC memos still at issue in this suit. The Department of Justice has agreed to do so by **July 21, 2014**. The parties propose to file another joint status report with the Court two weeks later, by **August 4, 2014**, setting forth their respective views about how, if at all, the Department of Justice's reprocessing of the ten OLC memos should affect this Court's *in camera* review.

February 24, 2014

Respectfully submitted,

 /s/ Arthur B. Spitzer
Arthur B. Spitzer (DC Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, DC 20036
(202) 457-0800 (telephone)
(202) 452-1868 (facsimile)

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, Jr.
United States Attorney

 /s/ Elizabeth J. Shapiro
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, N.W.
Washington, D.C. 20530
Telephone: (202) 514-5302
Fax: (202) 616-8470
Email:  elizabeth.shapiro@usdoj.gov

**Counsel for Defendant**

 /s/ Alexander A. Abdo
Alexander A. Abdo (pro hac vice)
Jameel Jaffer (pro hac vice)
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500 (telephone)

Marc Rotenberg (DC Bar No. 422825)
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W., Suite 200
Washington, DC 20009
(202) 483-1140 (telephone)

**Counsel for Plaintiffs**